Christopher Pinedo (SBN 237245)
Robert C. Hillard (*Pro Hac Vice* forthcoming)
Bonnie Rickert (*Pro Hac Vice* forthcoming)
Benjamin R. O'Connor (*Pro Hac Vice* forthcoming)
Jakub Banaszak (*Pro Hac Vice* forthcoming)
**HILLIARD LAW**
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
cpinedo@hilliard-law.com
bobh@hilliard-law.com
brickert@hilliard-law.com
boconnor@hilliard-law.com
jbanaszak@hilliard-law.com

*Attorneys for Plaintiff, JANE DOE J.N., as Parent
and Guardian ad Litem and on behalf of minor
plaintiff, JOHN DOE D.H.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE J.N., as Parent and Guardian and on behalf of minor plaintiff, JOHN DOE D.H., <br><br> Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION; and the FIRST DOE through ONE HUNDREDTH DOE, inclusive, <br><br> Defendants. | Case No: 3:25-cv-10020 <br><br> **COMPLAINT FOR DAMAGES** <br><br> (1) Fraudulent Concealment and Misrepresentation <br> (2) Negligent Misrepresentation <br> (3) Negligence - General <br> (4) Negligence – Failure to Warn <br> (5) Negligence – Unreasonable Design <br> (6) Negligent Undertaking <br> (7) Strict Liability – Design Defect <br> (8) Strict Liability – Failure to Warn <br><br> **DEMAND FOR JURY TRIAL** |

## COMPLAINT

1.    Plaintiff, minor child JOHN DOE D.H., via his Parent and Guardian, JANE DOE J.N., brings this action for personal injuries against the above-captioned **DEFENDANTS** (hereinafter collectively referred to as  "**DEFENDANTS**") to recover damages arising from the severe injuries he suffered because of **DEFENDANTS'** respective conduct in creating, designing, marketing, and distributing their mobile and web-based application ("apps"), and Plaintiff, therefore, now alleges as follows:

## INTRODUCTION

2.    Plaintiff realleges and incorporates by reference all of the foregoing allegations as if repeated in full here.

3.    This action seeks to hold the **DEFENDANTS** accountable for facilitating the sexual exploitation of Plaintiff, who was a minor at the time of the abuse. The heinous acts against Plaintiff were committed by a dangerous child predator whose actions were possible only because the egregiously tortious conduct of **DEFENDANTS**.

4.    With their pervasive misrepresentations about safety, **DEFENDANTS** lure parents into believing their apps are appropriate places for children to play. In reality, and as **DEFENDANTS** well know, the design of their apps makes children easy prey for pedophiles. They allow adult users to identify and readily initiate conversations with children, then manipulate the trust of those children. Roblox allows adult users to easily identify and groom children and then move their communications to Discord—an app that permits a child to chat with anyone over voice, video, and text messaging. On Discord, these pedophiles are able to coerce the children into sending sexually explicit images or meeting in person. There are steps Roblox and Discord could take to protect children and make their apps safer. But time and again they have refused to invest in basic safety features to protect against exactly the kind of exploitation Plaintiff suffered here.

5.    Plaintiff was an avid user of Roblox. Plaintiff's parents allowed Plaintiff to use this app only because they trusted **DEFENDANTS'** representations that their app was safe for children to use. Plaintiff's family learned the truth only after it was too late. Plaintiff's parents discovered that Roblox had enabled a child predator to identify, groom, and abuse Plaintiff.

6.     Plaintiff has suffered unimaginable harm. His innocence has been snatched from him forever. Tragically, what happened to him is far from an isolated event. Plaintiff is just one of countless children whose lives have been devasted as a result of the **DEFENDANTS'** misrepresentations and defectively designed apps. This action, therefore, is not just a battle to vindicate Plaintiff's rights – it is a stand against **DEFENDANTS'** systemic failures to protect society's most vulnerable from unthinkable harm in pursuit of financial gain over child safety.

7.     The products at issue consist of Roblox, a video gaming product used by JOHN DOE D.H., including the patent-protected technologies of addictive design features incorporated therein (hereinafter referred to as the "Products" or "Roblox"), via Roblox's online app downloaded on one or more phones or gaming systems.

8.     The defective and unreasonably dangerous nature of the Products extraordinarily benefits **DEFENDANTS** financially.

9.     **DEFENDANTS'** actions arise from quintessential corporate greed, resulting from a conscious and deliberate decision borne from engaging in ruthless cost-benefit analysis.

10.    Under the guise of providing harmless and safe digital interactive games and entertainment to the masses, **DEFENDANTS** placed profits over the health and well-being of consumers, including minors, to whom they aggressively market their defective Products.

## PARTIES

11.    Plaintiff realleges and incorporates by reference all of the foregoing allegations as if repeated in full here.

### *The DEFENDANTS*

12.    **DEFENDANTS** in this action are ROBLOX CORPORATION and the FIRST DOE through ONE-HUNDREDTH DOE, inclusive, *i.e.*, the **DEFENDANTS**, one or more of which are corporations and/or limited liability companies and/or legal partnerships and/or entities incorporated, organized, and existing under and by virtue of the laws of the State of California, or the laws of some other state and/or foreign jurisdiction and which have the authority to do business in this State, and/or are headquartered in this State, and/or have a principal place of business in this State, and/or are doing business in the State of California, and all of which regularly conduct

1   business throughout the State of California, such that each of the **DEFENDANTS** has sufficient
2   minimum contacts in California, and which also regularly do business in San Mateo County.

3       13.    At all times herein mentioned, the **DEFENDANTS**, and each of them, was the
4   successor, successor in business, successor in product line or a portion thereof, parent, subsidiary,
5   wholly or partially owned by, or the whole or partial owner of or member in an entity that designed,
6   developed, tested, patented, assembled, manufactured, packaged, labeled, prepared, distributed,
7   marketed, supplied, and/or sold the Products, specifically including those used by Plaintiff JOHN
8   DOE D.H., and all of which the **DEFENDANTS** put into the stream commerce in a defective
9   condition, whether in design or warning, whether negligently, intentionally, recklessly, or
10  otherwise, that could, and did as to Plaintiff JOHN DOE D.H., cause disordered or addicted use to
11  their severe damage. Said entities shall hereinafter collectively be called "alternate entities."

12      14.    Each of the **DEFENDANTS** and their alternate entities are liable to Plaintiff for
13  placing the Products into the stream of commerce and into Plaintiff JOHN DOE D.H.'s hands to
14  their detriment, and to their family's severe injury, detriment, and damage and also because the
15  **DEFENDANTS** and their alternate entities either knew, or should have known, were aware or
16  should have been aware, that the Products were defective and unreasonably dangerous in that they
17  incorporated addictive design features that can cause the user to suffer a myriad of severe physical,
18  mental, and emotional injuries to users, particularly minors.

19      15.    Each of the **DEFENDANTS** and their alternate entities is liable for the tortious
20  conduct of each successor, successor in business, successor in product line or a portion thereof,
21  assign, predecessor, predecessor in business, predecessor in product line or a portion thereof,
22  parent, subsidiary, alter-ego, whole or partial owner, or wholly or partially owned entity, or entity
23  that it is a member of, or funded, that designed, developed, tested, patented, assembled,
24  manufactured, packaged, labeled, prepared, distributed, marketed, supplied, and/or sold the
25  defective Products that caused injuries as herein alleged to Plaintiff.

26      16.    The true names and capacities, whether individual, corporate, associate,
27  governmental or otherwise, of **DEFENDANTS'** FIRST DOE through ONE-HUNDREDTH DOE,
28  inclusive, are unknown to Plaintiff at this time, and Plaintiff, therefore, sues said **DEFENDANTS**

1    by such fictitious names. When the true names and capacities of said **DEFENDANTS** have been

2    ascertained, Plaintiff will amend this Complaint accordingly. Plaintiff, upon information and belief,

3    alleges that each **DEFENDANT** designated herein as a DOE is responsible, negligently or in some

4    other actionable manner, for the defective products and conduct herein alleged, for the injuries and

5    damages proximately caused thereby to Plaintiff.

6         17.    Upon information and belief, and at all times herein mentioned, each of the

7    **DEFENDANTS**, except as otherwise alleged, was the agent, servant, employee, and/or joint

8    venturer of the other **DEFENDANTS**, and each of them, and at all said times, each of the

9    **DEFENDANTS** was acting in the full course and scope of said agency, service, employment

10    and/or joint venture.

11    ***Defendant Roblox Corporation***

12         18.    **DEFENDANT** Roblox Corporation ("Roblox Corp.") is a Nevada corporation with

13    its principal place of business in San Mateo, California. Roblox Corp. is authorized to do business

14    in the State of California, does business in the State of California, and its registered agent for

15    service of process is CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Sacramento,

16    California 95833. At all times material hereto, Roblox Corp. is a video game developer who

17    designed, developed, tested, patented, assembled, manufactured, packaged, labeled, prepared,

18    distributed, marketed, supplied, and/or sold Roblox either directly or indirectly to members of the

19    general public within the State of California, including to Plaintiff.

20         19.    Roblox owns, operates, controls, produces, designs, maintains, manages, develops,

21    tests, labels, markets, advertises, promotes, supplies, and distributes the Roblox app. Roblox is

22    widely available to consumers throughout the United States.

23    ***Defendants DOES 1 through 50, inclusive***

24         20.    The true names or capacities, whether individual, corporate, or otherwise, of

25    **DEFENDANTS** DOES 1 through 50, inclusive, are unknown to Plaintiff who is therefore ignorant

26    of their true names and sues said **DEFENDANTS** by such fictitious names. Plaintiff believes that

27    and alleges that each of the **DEFENDANTS** designated herein by fictitious names is in some

28

1  manner legally responsible for the events and happenings herein referred to and caused damages

2  proximately and foreseeably to Plaintiff as alleged herein.

3  ***The Plaintiff***

4      21.    Plaintiff in this action is an individual, a minor child, who is and was at all relevant

5  times, a resident of the United States, State of Ohio, County of Summit.

6      22.    The minor child Plaintiff in this action is JOHN DOE D.H.; JOHN DOE D.H.'s

7  interests in this action are represented by and through JOHN DOE D.H.'s Parent and Guardian

8  JANE DOE J.N.

9      23.    Plaintiff has suffered profound and enduring harm. This includes significant

10  emotional distress, psychological trauma, and mental anguish. Plaintiff's experiences have led to a

11  loss of trust, safety, insomnia, depression, and personal security, depriving him of the opportunity

12  for normal and healthy development. The injuries he sustained are severe, ongoing, and permanent,

13  affecting his daily life and emotional health in lasting and immeasurable ways.

14      24.    Plaintiff was a minor at the time of using **DEFENDANTS'** apps and, as such, lacked

15  the legal capacity to enter into any binding agreement. To the extent **DEFENDANTS** claim any

16  contract has any effect on Plaintiff's rights in this action, such an assertion is legally erroneous,

17  invalid, and unenforceable because Plaintiff disaffirms any such contract, including any contract

18  containing a forced arbitration agreement and any delegation clause in any contract.

19              **JURISDICTION AND VENUE**

20      25.    Plaintiff realleges and incorporates by reference all of the foregoing allegations as if

21  repeated in full here.

22      26.    This Court has subject matter jurisdiction in this matter under 28 U.S.C. § 1332(a)

23  because the parties in this case are citizens of different states—and as such there is complete

24  diversity between the parties—and the amount in controversy exceeds $75,000.

25      27.    Further still, this action alleges causes of action seeking relief arising under and

26  pursuant to the laws of the State of California, including but not limited to the allegation that as a

27  direct and proximate result of the **DEFENDANTS'** Products and their negligent, deceptive,

28  fraudulent, willful, immoral, reckless and unlawful actions and inactions, representations and

1  misrepresentations, including by omission, Plaintiff suffered injuries and damages within the State
2  of California.

3      28.    This Court has personal jurisdiction over the **DEFENDANTS**. The **DEFENDANTS**
4  are corporations and/or entities that are citizens of the State of California. They have a headquarters
5  or principal place of business within the State of California and are thus "at home" in California;
6  are foreign corporations and/or entities authorized to do business in California and are registered as
7  such with the California Secretary of State; and/or are corporations and/or entities that are foreign,
8  nonresidents of the State of California that have sufficient minimum contacts in, to, and with
9  California arising from activities whereby they have purposefully and intentionally availed
10 themselves to the benefits and protections of the laws of the State of California, and the market of
11 the State of California, and continue to date to avail themselves in that manner, and with respect
12 thereto, the controversy reflected in this action is directly affiliated with, related to, and arises from
13 said **DEFENDANTS'** contacts with the State of California, such that the exercise of jurisdiction
14 over each of the **DEFENDANTS** by the California State courts is consistent with traditional
15 notions of fair play and substantial justice and would be and is both reasonable and proper.

16     29.    Venue is proper in this Court under 28 U.S.C. 1391 because one or more of the
17 **DEFENDANTS** resides in the Northern District of California. Specifically, **DEFENDANT** Roblox
18 has its principal place of business in San Mateo, California, in San Mateo County, in the Northern
19 District of California.

20                    **FACTUAL ALLEGATIONS AS TO ROBLOX**
21 ***Roblox Offers a Gaming App for Children***

22     30.    Launched in 2006, Roblox is an online gaming app that allows users to play myriad
23 games, which the company refers to as "experiences." There are currently more than 40 million
24 experiences within the Roblox ecosystem. Most experiences on Roblox are created not by Roblox
25 but by individuals (often Roblox users) or companies that develop their own games and make them
26 available on Roblox for others to play.

27     31.    Roblox is easily accessible, including to children. It is free to download and play and
28 is available on gaming consoles, computers, tablets, and cellular devices.

1   32. Roblox is designed to be an interactive experience, allowing and encouraging users

2 to communicate with each other. Gameplay interactions, user hubs, direct messaging, and voice

3 chat all promote social interactions between users. Roblox's co-founder and CEO David Baszucki

4 has explained that his vision is for Roblox to bring about "the next phase of human interaction,"

5 which he also has described as "a new category of human coexperience."[1] Roblox has similarly

6 explained that it "operates a human co-experience platform . . . where users interact with each other

7 to explore and develop immersive, user-generated, 3D experiences."[2]

8   33. Roblox designed its app for children. Roblox has marketed its app not only as the

9 "#1 gaming site for kids and teens"[3] but also as an educational experience for young users. Roblox

10 claims that it provides "new gateways into learning"—from "chemistry to physics to robotics and

11 more, Roblox experiences bring concepts to life in ways that immerse learners and motivate

12 exploration, play, and deep thinking."[4] These offerings, according to Roblox, include "high-quality,

13 standards-aligned, immersive educational experiences designed by curriculum experts."[5]

14

15

16

17

18

19

20

21

22

23

24 [1] David Baszucki, Co-founder and CEO of Roblox, *The CEO of Roblox on Scaling Community-Sourced Innovation*, Har. Bus. Rev., The Magazine, (Mar-Apr 2022),

25 https://hbr.org/2022/03/the- ceo-of-roblox-on-scaling-community-sourced-innovation.

26 [2] Roblox Corp., Quarterly Report (Form 10-Q) (Mar. 13, 2021).
 [3] Roblox, *What Is Roblox*,

27 http://web.archive.org/web/20170227121323/https://www.roblox.com/ (archived Feb. 27, 2017).
 [4] Roblox, *A New Era of Engaged Learning*, https://corp.roblox.com/education (last visited Feb. 11,

28 2025).
 [5] *Id.*

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL



*Roblox Webpage – "A New Era of Engaged Learning"*

34.    Roblox's popularity among children exploded during the pandemic when the app was flooded with millions of new users as kids were confined to their homes and glued to their devices. By September 2020, roughly 30 million people, more than half of them under 13, were on Roblox daily, making it the world's biggest recreational zone for kids.

35.    That growth has continued unabated. In Roblox's 2023 Annual Report, the company reported an average of 68.5 million daily active users, with 21% under 9 years of age; 21% from 9-12 years of age; 16% from 13-16 years of age; and 41% over 17 years of age.

36.    Today, Roblox is the most downloaded online game globally, and the average user spends 139 minutes a day on the app.[6]

37.    Individuals who wish to play Roblox must create an account. It is extremely easy to "SIGN UP AND START HAVING FUN!" Users must provide only a birthdate, username, and password. Users of any age can create an account. There is no age minimum. Roblox does not require users to verify their age upon sign-up, so they can easily represent that they are younger or older than their actual age.

---

[6] Qustodio, *Research by App Category* – Gaming, https://www.qustodio.com/en/the-digital-dilemma/gaming/ (last visited Feb. 11, 2025).



*Roblox Sign-up Screen*

38.     Although Roblox states that children must have parental permission before signing up for an account, nothing prevents them from creating their own accounts and playing on Roblox. Roblox does nothing to confirm or document that parental permission has been given, no matter how young a child is. Nor does Roblox require a parent to confirm the age given when a child signs up to use Roblox.

39.     After creating an account, all users are assigned a default player avatar—a cartoonish character that represents the individual user within certain games.



*Example default avatar on Roblox.*

40.     They can then play in any of the millions of experiences on the app. These games are sorted into different genres/categories, such as Sports, Role-Playing Games, Fighting, First Person Shooters, Fashion, Horror, Comedy, Military, and Naval. The games recommended to a user will

vary based on the age the user entered when generating their account and Roblox's algorithm that recommends games to the user.



*Examples of games available on Roblox.*

41.    Until November 2024, Roblox configured its app to default to settings that allowed adults to easily communicate with children. Adult strangers could "friend" and chat with a child of any age via direct (i.e., private) message. Further, even without being "friends," adults could also chat with a child of any age within a Roblox experience through direct messages.

42.    Now, under Roblox's default settings, adults cannot directly message children under 13, but Roblox still does nothing to prevent children this young from creating accounts with fake 13+ birthdates, which gives them full access to Roblox's direct-messaging options. Roblox still relies on self-reported birthdates for age verification. Further, children 13 and over are still vulnerable to receiving friend requests—or direct messages within Roblox experiences—from adult strangers. There is also nothing that prohibits adults from entering fake birthdays and posing as children in their attempts to friend or otherwise communicate with children users.

43.    Roblox generates revenue largely by selling users an in-game digital currency called Robux, which they exchange for digital content such as online experiences and customized outfits and appearances for their avatars. Robux can be purchased in a single transaction or a user may subscribe to receive Robux on a recurring basis with a Roblox Premium membership. Roblox also offers Robux gift cards that anyone can purchase and send to any user.

44.     Children frequently become obsessed with purchasing or otherwise obtaining Robux to buy items for their avatars and to spend in their favorite experiences on Roblox. In Roblox's Avatar Store, for example, the company sells rare items at astronomical prices, such as a type of hair for an avatar, which children seek to purchase to keep up with or outdo their peers on Roblox. As a result, children often tell others, including strangers, that they will do "Anything for Robux."[7]

**_Roblox Lures Parents into Letting Their Kids Use Roblox with Promises of Safety._**

45.     Roblox's success and continued growth have hinged on its constant assurances to parents that its app is safe for children. The company has done so throughout its history and in every forum possible—on its website, through public promises of its highest executives, in news articles, on podcasts, and on and on.

46.     Over the years, Roblox has repeatedly represented on its website that its app is safe for children and has touted the safety controls it has in place. As early as 2007, Roblox's website assured parents that Roblox is an "online virtual playground . . . where kids of all ages can safely interact, create, have fun, and learn."[8]

47.     From 2008 to 2016, the website continued to promise parents, "We take every precaution possible to make sure kids are protected from inappropriate and offensive individuals as well as from indecent and distasteful content."[9] It also assured parents that Roblox had a zero-tolerance policy for "swearing and obscenities, messages and content of a sexual or violent nature, and any sort of aggressive or threatening communication," and "immediately suspended or permanently expelled" any offenders.[10]

---

[7] Olivia Carville & Cecilia D'Anastosio, _Roblox's Pedophile Problem_, Bloomberg Businessweek (July 23, 2024), https://www.bloomberg.com/features/2024-roblox-pedophile-problem/.
[8] Roblox, _Frequently Asked Questions (FAQs)_, https://web.archive.org/web/20071105104643/http://www.roblox.com/Parents/FAQs.aspx (archived Nov. 5, 2007).
[9] Roblox, _Keeping Kids Safe_, https://web.archive.org/web/20080501101437/http://www.roblox.com/Parents/KeepingKidsSafe.aspx (archived May 1, 2008); _see also_ Roblox, _Information for Parents_, https://web.archive.org/web/20160131063648/http://corp.roblox.com/parents (archived Jan. 31, 2016).
[10] Id.

48.     The website has consistently sought to paint Roblox as "family friendly" and safe for children of all ages. In 2017, Roblox began declaring that it "take[s] kids' safety and privacy very seriously" and "strive[s] to continually develop new and innovative technologies that will protect the safety of our community while allowing players to imagine, create, and play together in a family- friendly environment."[11] Roblox similarly has advertised its app as "a safe, moderated place to meet, play, chat, and collaborate on creative projects."[12]

As the largest growing social platform for play, Roblox gives players a safe, moderated place to meet, play, chat, and collaborate on creative projects. If so inclined, they can even go on to learn how to build and code immersive experiences for others, all at their own pace.



*Excerpt from Roblox Parent's Guide in 2017*

49.     Roblox's website representations have remained largely unchanged since then. In 2023, for example, Roblox assured parents that it "continually develop[s] cutting-edge technologies to ensure that the Roblox platform remains a safe and fun space for players all over the world."[13] Roblox claimed that the company was "dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all players to imagine, create,

---

[11] Roblox, *Parents' Guide*, https://web.archive.org/web/20170716032712/https://corp.roblox.com/parents/ (archived Jul. 16, 2017).
[12] Id.
[13]  Roblox, *For Parents*, https://web.archive.org/web/20230405060048/https://corporate.roblox.com/parents/ (archived Apr. 5, 2023).

and play online."[14] Roblox emphasized that it is "committed to ensuring that Roblox is a safe and fun place for everyone."[15] According to Roblox, it "goes above and beyond to foster an environment where people of any age can create, play, learn, and imagine safely. We've kept children's privacy and safety top-of-mind when designing our platform, especially through the implementation of advanced text filters that block inappropriate language or other unsafe content."[16]

50.    Roblox's website today contains similar assurances. It claims, "Safety is in our DNA: when Dave Baszucki and Erik Cassel launched Roblox in 2006, they spent a few hours each day with the community, helping to ensure that Roblox was a safe and welcoming environment. Safety was their top priority, and they made constant improvements in their moderation, both for content and for communication on the platform."[17]

51.    According to the current website, Roblox "won't allow language that is used to harass, discriminate, incite violence, threaten others, or used in a sexual context."[18] It touts a "stringent safety system and policies,"[19] which includes its "expertly trained team with thousands of members dedicated to protecting our users and monitoring for inappropriate content"; its "safety review of every uploaded image, audio, and video file, using a combination of review by a large team of human moderators and machine detection before they become available on our platform"; and its chat filters for inappropriate content, which "are even stricter" for children under 13 and "include any potentially identifiable personal information, slang etc."[20]

---

[14] Id.

[15] Roblox, *Roblox FAQ*, https://web.archive.org/web/20230328011957/https://corporate.roblox.com/faq/ (archived Mar. 28, 2023).

[16] Roblox, *Roblox & User Data FAQ*, https://en.help.roblox.com/hc/en- us/articles/4406238486676-Roblox-User-Data-FAQ (last visited Feb. 11, 2025).

[17] Roblox, *Safety Comes First on Roblox*, https://corp.roblox.com/safety-civility-resources?section=news&article=safety-comes-first-on-roblox (last visited Feb. 11, 2025).

[18] Roblox, *Safety Features: Chat, Privacy & Filtering*, https://en.help.roblox.com/hc/en-us/articles/203313120-Safety-Features-Chat-PrivacyFiltering#:~:text=Players%20have%20different%20safety%20settings,and%20phrases%2%200tha n%20younger%20players (last visited Feb. 11, 2025).

[19] Roblox, *Safety & Civility at Roblox*, https://en.help.roblox.com/hc/en-us/articles/4407444339348-Safety-Civility-at-Roblox (last visited Feb. 11, 2025).

[20] Id.

52.     In 2009, a blogger wrote about blocking Roblox because he doubted its safety for his children. CEO David Baszucki responded to the blogger reassuring him that Roblox flags "obviously offensive content" and removes it, and if "something is marginal, but gets flagged as inappropriate," Roblox "investigate[s] immediately."[21]

53.     In a 2013 *Wired* interview, when asked whether a parent should be concerned about whom his child was chatting with in-game, Baszucki declared, "We take every precaution possible to make sure kids are protected from inappropriate and offensive individuals as well as from indecent and distasteful content," taking a sentence verbatim from Roblox's webpage for parents.[22]

54.     Tami Bhaumik, Roblox's current Vice President of Civility & Partnerships, has doubled down on these promises in statements to parenting magazines, news outlets, and podcasts— all aimed at persuading parents to let their children use Roblox. She also has contacted international online safety experts in an effort to sell Roblox's safety story.

55.     As recently as 2024, Bhaumik told *Parents Magazine* that "[w]e have a responsibility to make sure our players can learn, create, and play safely. This continues to be our most important priority and that will never change."[23]

> ## Parents
>
> In response to safety concerns, Roblox notes that the platform was designed for kids and teens from the beginning, and they're committed to making safety a priority. "We have a responsibility to make sure our players can learn, create, and play safely," notes Tami Bhaumik, Vice President of Civility & Partnerships at Roblox. "This continues to be our most important priority and that will never change."

56.     Such statements by Bhaumik date back years. In 2018, Bhaumik told the Washington Post that Roblox "focus[es] on making sure that everything is done in a safe and

---

[21] Eric Frenchman, *Revisiting Roblox*, Pardon My French (Oct. 5, 2009), https://pardonmyfrench.typepad.com/pardonmyfrench/2009/10/revisiting-roblox.html.
[22] Tony Sims, Interview with David Baszucki, Founder & CEO of Roblox, Wired (Feb. 7, 2013), https://www.wired.com/2013/02/roblox/.
[23] Maressa Brown, Is Roblox Safe for Kids? Here's What the Experts Have to Say, Parents Magazine (Apr. 29, 2024), https://www.parents.com/kids/safety/internet/is-roblox-safe-forkids/.

appropriate way."[24] That year, she also claimed to another newspaper that Roblox's "safety team reviews every uploaded image, video, and audio file used within our games to make sure they are safe and age appropriate."[25] She also boasted that Roblox has "created extensive parental controls for our games and a detailed Roblox Parent's Guide that provides information to parents to help create a Roblox experience that's best for their child."[26]

57.     In 2019, while presenting on a "Digital Civility Panel," Bhaumik emphasized that "[w]e make sure there's a safe environment," citing Roblox's "tremendous reporting system" and "incredible moderation and CS team that reacts very, very quickly."[27] On that same panel—and in contradiction to Roblox's representation that it had always taken "every precaution possible" to protect children, Bhaumik conceded that "digital civility did not exist at Roblox a year and a half ago and we established this and made it a movement within our company."[28] She added later, "It's still very early days for us. This whole digital civility focus for Roblox is still there, we're just still establishing it."[29]

58.     In a 2022 video interview about safety on Roblox, Bhaumik asserted that Roblox's "number one priority" is "to create a safe, civil, and inclusive community" and that "[s]afety and civility has always been baked into everything that we do."[30] That year, on a podcast, she also bragged about Roblox's purported safety protections, including "thousands of human moderators on

---

[24] Hayley Tsukayama, *Roblox, an Online Kids Game, Explains How a Hack Allowed a Character's Virtual 'Rape', Wash. Post. (Jul. 17, 2018),* https://www.washingtonpost.com/technology/2018/07/17/roblox-an-online-kids-game-explains-how-hack-allowed-characters-virtual-rape/.
[25] Chris Pollard, *Police Warn that Children as Young as Five-Years-Old are Seeing Naked Lego-Type Characters Having Sex on Roblox App,* The Sun (Jan. 29, 2018), https://www.thesun.co.uk/news/5445444/roblox-app-children-danger-sex-warning/.
[26] Id.
[27] YouTube, Digital Civility Panel (Oct. 23, 2019), https://www.youtube.com/watch?v=XoUs1Js7WG0&list=PLcKphP00N1_kCLjvcOWdwbegJkNS L-CuL&index=6.
[28] Id.
[29] Id.
[30] Video Interview with Tami Bhaumik, Roblox's VP of Digital Civility & Partnerships (2022), https://www.facebook.com/bedford.sheriff/videos/roblox-how-to-help-kids-use-itsafelyrobloxs- vp-of-digital-civility-partnerships/1338989609901259/.

the front lines" and "machine learning that is constantly taking a look at chat filters."[31] With these and other measures, she exclaimed, "[a]ny sort of bad actor that comes onto the platform is dealt with swiftly" and "[w]e remove any content that's reported to us within minutes."[32]

59.     In 2023, Matt Kaufman, formerly the Chief Systems Officer for Roblox, was appointed Chief Safety Officer, at which point he too began peddling Roblox's child safety narrative.

60.     In a 2024 blog post on Roblox's website, Kaufman asserted that "Roblox has spent almost two decades working to make the platform one of the safest online environments for our users, particularly the youngest users. Our guiding vision is to create the safest and most civil community in the world."[33] According to Kaufman, "For users under 13, our filters block sharing of personal information and attempts to take conversations off Roblox, where safety standards and moderation are less stringent."[34] A few months later, he added, "Safety is and always has been foundational to everything we do at Roblox."[35]

61.     In a later blog post, Kaufman touted Roblox's "track record of putting the safety of the youngest and most vulnerable people on our platform first."[36]

62.     Kaufman also recently told *NPR* that "any time anything happens to a child that puts them at risk is one too many."[37]

---

[31] YouTube, Into the Metaverse, Podcast: EP.21: Tami Bhaumik (Roblox) - Building a Safe & Resilient Metaverse, https://www.youtube.com/watch?v=LT5_bBOYS9A.
[32] Id.
[33] Matt Kaufman, Chief Safety Officer, *Driving Civility and Safety for All Users*, Roblox (July 22, 2024), https://corp.roblox.com/newsroom/2024/07/driving-civility-and-safety-for-allusers.
[34] Id.
[35] Matt Kaufman, Chief Safety Officer, *Major Updates to Our Safety Systems and Parental Controls*, Roblox (Nov. 18, 2024), https://corp.roblox.com/newsroom/2024/11/major-updates-to-our-safety-systems-and-parental-controls.
[36] Matt Kaufman, Chief Safety Officer, *Scaling Safety and Civility on Roblox*, Roblox (Apr. 4, 2024), https://corp.roblox.com/newsroom/2024/04/scaling-safety-civility-roblox.
[37] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.

***In Reality, Roblox Is A Digital and Real-Life Nightmare for Children.***

63.     Roblox's public statements and promises are carefully crafted to paint the picture of a digital playground that is safe and appropriate for children. When parents, the press, or child advocates raise questions and concerns, the company's highest executives respond with comforting promises of safety.

64.     This campaign of reassurance masks the truth about Roblox. Far from creating a safe place for children, Roblox designed, built, and maintains a toxic environment that has enabled obscene material to flourish and, worse, enables predatory pedophiles to hunt, groom, and sexually exploit children. What Roblox represents as a safe, appropriate space for children is, in fact, a digital and real-life nightmare for kids.

**1.     Roblox hosts and promotes graphic, sexually explicit content.**

65.     Roblox is a vast ecosystem offering an endless array of not just online games but also immersive virtual worlds where children's customized avatars can engage in activities like playing house, adopting pets, and mimicking adult behaviors, including sexually explicit ones.

66.     These games and virtual worlds are brought to life through developer tools that Roblox designs, controls, and makes available to third parties. These tools, which include scripting capabilities, 3D modeling systems, and other software supply the infrastructure needed to create content for the Roblox platform. Roblox has the power to control the use of these tools. Instead, over the years, the company has given third parties essentially unfettered access to use the tools to build what they want, with no meaningful oversight or safeguards. The results are deplorable.

67.     As early as 2010, Roblox's virtual games had already devolved into hosting and promoting sexually explicit content. Roblox's scripting language, which allows developers to manipulate avatar activity and interactions any way they want, was deployed to create scenarios where avatars engaged in simulated sexual activity.[38]

---

[38] *See, e.g.*, YouTube, *How to Do Roblox Sex Glitch*, https://www.youtube.com/watch?v=Zz97Q1SQE_k; *see also* YouTube, *Roblox Sex?*, https://www.youtube.com/watch?v=hyqCHG6nUYI.

68.    This simulated sexual activity pervades Roblox. There have been numerous reports of children's avatars being raped by other users' avatars. For example, in 2018, a seven-year-old girl's avatar was violently raped by two male avatars *on a playground* in a Roblox experience, which was witnessed by the girl's mother.[39] In describing the aftermath of this traumatic experience, the girl's mother exclaimed, "I never in my wildest dreams would've ever imagined that I would have to talk with my seven-year-old about rape."[40]

69.    Roblox also hosts a staggering number of experiences centered on simulated sexual activity. For instance, children can play in "condo games"—predatory digital environments, including houses, where users can remove their avatars' virtual clothing, revealing nudity, and engage in disturbing simulated sexual activities with other Roblox users.[41] They can also play games like "Public Bathroom Simulator Vibe," which allows access to users as young as nine years old and enables users to simulate sexual activity in virtual bathrooms,[42] as well as virtual strip clubs, where child avatars perform sexually explicit acts, like giving lap dances to patrons.[43]

---

[39] Savannah Levins, *North Carolina Mom Outraged After Roblox Game Depicts Violent Acts, Including Rape*, WFMYNews2 (June 30, 2018), https://www.wfmynews2.com/article/news/local/2-wants-to-know/north-carolina-mom-outraged- after-roblox-game-depicts-violent-acts-including-rape/83-569498171.

[40] *Id*.

[41] EJ Dickson, *Inside the Underground Strip-Club Scene on Kid-Friendly Gaming Site Roblox,* Rolling Stone (Sep. 12, 2021), https://www.rollingstone.com/culture/culture-features/roblox-virtual-strip-clubs-condo-games-sex-1197237/.

[42] *Roblox: Inflated Key Metrics for Wall Street and a Pedophile Hellscape for Kids*, Hindenburg Research (Oct. 8, 2024), https://hindenburgresearch.com/roblox/.

[43] Dickson, *supra* note 41.

18

1

2

3

4

5

6

7

8

9

10

11



(Source: Roblox "Public Bathroom Simulator / Game)

*Roblox's Public Bathroom Simulator Game is rated ages nine and up and allows users to simulate sexual activity*[44]

12    70.    A recent investigative report also exposed a multitude of other exploitative

13  experiences on Roblox that recklessly trivialize and gamify serious criminal conduct, including

14  rape. The report confirmed that Roblox actively hosted over 600 "Diddy" games, with titles like

15  "Survive Diddy," "Run from Diddy Simulator," and "Diddy Party," which appear to recreate

16  reported incidents involving the music mogul Sean Combs, publicly known as "Diddy." Diddy was

17  recently indicted and is awaiting trial for sex trafficking of minors and other grievous criminal

18  charges regarding allegations surrounding reports about "freak-off" parties—events which,

19  according to multiple lawsuits and media reports, allegedly involved forced drug use, violent

20  assaults, and the sex trafficking of minors, including victims as young as 10 years old.

21

22

23

24

25

26

27

28

[44] *Id*.



*Examples of Roblox games modeled after Diddy's sex trafficking ventures.* [45]

71.    This report also revealed that Roblox permitted more than 900 Roblox accounts displaying variations of convicted sex trafficker Jeffrey Epstein's name, such as "JeffEpsteinSupporter," whose account Roblox actively permitted to be openly engaged in children's games. Roblox also allowed games like "Escape to Epstein Island"—a title that directly references one of the locations where for years Epstein trafficked minors and other non-consenting individuals so he and others could sexually and physically abuse them.



*Example of Roblox game modeled after Jeffrey Epstein's sex trafficking ventures.* [46]

72.    Roblox played a direct role in enabling these rampant, sexually exploitative experiences. Roblox is fully aware that these experiences pervade its app, and it allows them to

---

[45] *Id.*
[46] *Id.*

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

continue to exist unchecked despite the ability to control or eliminate them. Leaked internal Roblox documents reveal that Roblox monitored this type of content and made decisions such as "[h]ow big of a 'bulge'" was acceptable, and, with the introduction of layered clothing for avatars (i.e., allowing avatars to wear multiple layers of clothing), whether players could be nude.[47] By allowing this type of content to exist and be easily accessible, Roblox directly contributed to the proliferation of games simulating sexual activity, such as condo games and virtual strip clubs.

73.     The effects of these games on children can be devastating. Playing video games with explicit sexual content normalizes exploitative and predatory behavior, blurring the lines of what is acceptable in real life. This is particularly harmful for children, who are still developing their understanding of social norms and morality. When such behavior is depicted as humorous, exciting, or rewarded within a game, young players can internalize the idea that harassment or sexual exploitation is harmless or even acceptable.

74.     Studies support this connection. One study found that playing games with sexualized content was linked to increased rates of sexual harassment toward female targets, suggesting that such exposure desensitizes players to the real-world consequences of these actions.[48] Another study showed that playing mature-rated games was associated with higher rates of risky sexual behavior years later, highlighting the long-term impact of exposure to sexualized or exploitative content.[49]

75.     The interactive nature of games amplifies this effect. Unlike passive media, video games require players to actively participate in behaviors, including those that simulate harassment or exploitation, reinforcing the perception that such actions are normal or desirable. This environment not only desensitizes children but also makes them more likely to replicate these actions in real-world interactions.

---

[47] Joseph Cox & Emanuel Malberg, *Leaked Documents Reveal How Roblox Handles Grooming and Mass Shooting Simulators*, Vice (Aug. 1, 2022), https://www.vice.com/en/article/leaked-documents-how-roblox-moderates-content-mass-shootings-grooming/.

[48] Jonathan Burnay, Brad J. Bushman & Frank Larøi, *Effects of Sexualized Video Games on Online Sexual Harassment*, 45 Aggressive Behavior 2, 214 (March/April 2019).

[49] Jay G. Hull et al., *A Longitudinal Study of Risk-Glorifying Video Games and Behavior Deviance*, J. Pers. Soc. Psychol. 2014 August; 107(2): 300–325. doi:10.1037/a0036058.

76.     The dangerous content on Roblox is not limited to online games. The recent investigative report discussed above found that a basic search for "adult" in Roblox revealed a group with 3,334 members "openly trading child pornography and soliciting sexual acts from minors."[50] And tracking these members unearthed additional Roblox groups engaged in the same criminal conduct, including one massive group with 103,000 members.[51] Yet Roblox failed to implement any age restrictions on these criminal groups, deliberately leaving them accessible to all users.[52]



*Public chat wall for a group named "Adult Studios," where users openly solicited child pornography.* [53]

77.     Roblox has also enabled individuals to create an entire category of pornographic content. Using Roblox's tools and software, users make virtual sex videos between avatars on Roblox. These videos are clearly marked with the .rbxl file extension—Roblox's proprietary file format—establishing that this content was created within the Roblox application. Moreover, on

---

[50] Hindenburg Research, *supra* note 42.

[51] *Id.*

[52] *Id.*

[53] *Id.*

XVideos, a porn website, Roblox users seek out other users to simulate sexual acts within seemingly innocuous games, like Brookhaven, which is one of Roblox's most popular experiences and is available to all users, regardless of age.





*This Roblox user advertised their Roblox account on porn website, XVideos, where they had uploaded videos of their avatar having sex with other Roblox users.[54]*

---

[54] *Id.*



*Searching "Roblox" on XVideos, a porn website, yields more than 250,000 results.*[55]



*The comment section on a Roblox porn video on XVideos – Brookhaven is one of Roblox's most popular games and is available to users of all ages.*[56]

78.     In sum, the online environment that Roblox hosts and enables contradicts its representations of providing a safe product, demonstrating Roblox's blatant disregard for the safety of its youngest users and revealing the company's prioritization of user engagement over its fundamental duty to protect young users.

### 2. Roblox provides a hunting ground for child-sex predators.

79.     For years, Roblox has served as an online platform of choice for predators seeking to find, groom, abuse, and exploit children. Roblox provides predators with easy access to tens of millions of children and allows these predators to freely move between inappropriate content and popular games to identify and target vulnerable young users. By doing so, Roblox has demonstrated

---

[55] *Id.*
[56] *Id.*

reckless indifference to its fundamental obligation not to create and foster an environment that places children at significant risk of sexual exploitation.

80.    These systematic patterns of exploitation on Roblox follow a predictable and preventable sequence that the company has known about and facilitated for years: a predator misrepresents their age to other users on the app, cosplaying as a fellow child, methodically befriends the vulnerable young victim, and then strategically manipulates the child to move the conversation off Roblox to other apps—often Discord.

81.    As the recent Bloomberg Businessweek article titled Roblox's Pedophile Problem put it, "These predators weren't just lurking outside the world's largest virtual playground. They were hanging from the jungle gym, using Roblox to lure kids into sending photographs or developing relationships with them that moved to other online platforms and, eventually, offline."[57]

82.    Roblox, in effect, serves as an initial access point to children for predators. Media reports have repeatedly highlighted that Roblox "is being used as a first point of contact for predators."[58] The children, due to their underdeveloped brains, are more trusting and naïve, and often fail to recognize the danger of providing their usernames on other sites.

83.    Once on another app, like Discord, predators escalate their exploitation by soliciting explicit material, like nude photos or videos of children doing sexually inappropriate acts, all of which constitute child pornography. And while the ultimate solicitation of explicit photos or other criminal acts may occur on other apps, Roblox serves as the critical facilitator that enables these predators to first identify, target, and gain the trust of young victims through its app's design and inadequate safety measures.

84.    Roblox's app and profit-driven virtual currency system enable predators to exploit children, often by trading or extorting Robux in exchange for explicit photos. Predators commonly offer children Robux for these photos or demand Robux to avoid publicly releasing them, directly tying Roblox's profits to the sexual exploitation of children. Roblox's manipulative reward systems

---

[57] Carville & D'Anastosio, *supra* note 7.
[58] National Center on Sexual Exploitation, *The Dirty Dozen List '24: Roblox*, https://endsexualexploitation.org/roblox/ (last updated Dec. 4, 2024).

and social dynamics, intentionally designed to exploit children's developmental vulnerabilities, create psychological pressures that predators weaponize for extortion.

85.    Despite full awareness of how its app facilitates such exploitation, Roblox continues to profit from these tactics by collecting transaction fees on Robux exchanges. Its reckless indifference to the consequences of its deliberately engineered app mechanics highlights its prioritization of profits over the safety and well-being of its young users.

86.    Roblox enables another pattern of predatory grooming in which predators employ immediate blackmail tactics and the predators make no attempt to ingratiate themselves with the children, but instead threaten them from the outset. The predator will often threaten to post nude photos of others online, but claim that the child victim is the person depicted unless the child complies with the predator's demands. Through its deliberately insufficient monitoring systems, Roblox allows predators to threaten children with false claims about possessing and potentially releasing explicit photos, coercing young victims into complying with criminal demands.

87.    Regardless of how the initial grooming relationship begins, which is often as simple as someone asking the child to be their boyfriend or girlfriend, the predators also often attempt to make in-person contact with the child. The dangerous progression from Roblox's online app to real-world violence reveals the devastating consequences of the company's product. Roblox's app enables predators to escalate from virtual contact to orchestrating physical meetings, leading to harassment, kidnapping, trafficking, violence, and sexual assault of minors, all instances of which these children suffered as a direct result of Roblox's actions.

88.    Through numerous well-documented and publicized cases, Roblox has long been aware of the systemic exploitation that its app enables and facilitates. For years, countless children have been sexually exploited and abused by predators they met on Roblox.

89.    For example, in 2017, Roblox's app enabled a predator to target an eight-year-old child and solicit explicit photos, prompting one mother to observe that Roblox had created "the perfect place for pedophiles."[59]

---

[59] Pei-Sze Cheng, Evan Stulberger & Dave Manney, *I-Team: Popular Online Gaming Site for Kids is Breeding Ground for Child Sex Predators, Mother Says*, NBC New York (Apr. 6, 2017),

90.     In 2018, Roblox's app enabled a predator posing as a child to coerce a nine-year-old girl into performing and filming sexually abusive acts on her four-year-old brother through violent threats, including of death, against her family.[60] That year, 24 men in New Jersey were also charged with soliciting sex from minors as part of a sting operation, where the New Jersey State Police Lieutenant specifically called out Roblox as a place where "individuals are posing as someone else" in order "to gain someone's trust."[61]

91.     In 2019, a Florida predator systematically used Roblox to target children ages 10-12, moving them to Discord to coerce the children into sending him naked pictures of themselves.[62] That year, a man in Wales encouraged 150 children to engage in sexual activity by contacting them through Roblox, where he pretended to be a child and used fake names.[63]

92.     During the pandemic, reports of child sex abuse facilitated by Roblox accelerated. In 2020, for example, Roblox enabled a 47-year-old predator to pose as a teenager, target a 16-year-old girl, move the conversation to Facebook, solicit explicit photos and videos, all of which constituted child pornography,[64] and ultimately traffic her across state lines, raping her multiple times.[65] In Michigan, a man was arrested for persuading an eight-year-old girl to send him videos of

---

https://www.nbcnewyork.com/news/local/video-game-warning-roblox-child-sex-predator-online-site-investigation-what-to-know/87438/.

[60] Briana Barker, *Internet Safety and Your Children: How Kids are at Risk*, Record-Courier (Mar. 27, 2018), https://www.record-courier.com/story/news/2018/03/27/internet-safety-your-children-how/12899346007/.

[61] *Cop, Firefighter Among 25 Charged in Child Luring Sting*, FOX 13 TAMPA BAY (Sep. 25, 2018), https://www.fox13news.com/news/cop-firefighter-among-24-charged-in-child-luring-sting.

[62] Max Chesnes, *Deputies Say Vero Beach Man Used Popular Video Game Platforms to Target Children*, TC Palm (Aug. 20, 2019), https://www.tcpalm.com/story/news/crime/indian-river-county/2019/08/20/detectives-advise-online-safety-after-vero-beach-man-used-video-game-platforms-target-minors/2059599001/.

[63] Liz Day, *Paedophile Groomed 150 Children to Engage in Sexual Activity Using Online Game Roblox*, Wales Online (May 10, 2019), https://www.walesonline.co.uk/news/wales-news/paedophile-groomed-150-children-engage-16258877.

[64] U.S. Dep't of Justice, *Magnolia Man Gets Life For Exploiting Young Female He Met and Communicated With Via Roblox and Facebook* (Oct. 15, 2020), https://www.justice.gov/usao-sdtx/pr/magnolia-man-gets-life-exploiting-young-female-he-met-and-communicated-roblox-and.

[65] *United States v. McGavitt*, 28 F.4th 571, 578 (5th Cir. 2022).

27

herself, in various stages of undress, in exchange for Robux.[66] The perpetrator had been arrested for similar offenses three years earlier and was a registered sex offender in Kansas. This perpetrator was not the only convicted sex offender who was able to freely create accounts on Roblox: in 2021, a convicted sex offender used Roblox to sexually solicit a 12-year-old child.[67] And in 2022, a 33-year-old man groomed a 13-year-old girl on Roblox, transported her from her home in Kansas to his home in Georgia, and raped her multiple times.[68]

93.    2023 was more of the same. For example, a 30-year-old man was arrested for soliciting illicit photos from young victims and authorities reported that he had three separate Roblox accounts.[69] A 27-year-old man was arrested for kidnapping an 11-year-old girl whom he met on Roblox.[70] A 23-year-old New Jersey man, who was a prominent Roblox developer with a known history of exploiting children via Roblox, was sentenced to 15 years in prison for grooming a 15-year-old girl, transporting her to his house, and sexually abusing her.[71]

94.    Similar incidents continued throughout 2024. For example, a 21-year-old Chilean man was arrested for traveling to the U.S. to meet an underage girl he met on Roblox, where he had "spent several months manipulating and grooming" her.[72] A 21-year-old in California pled guilty

---

[66] *Man Arrested for Inappropriate Relationship with 8-Year-Old Bloomfield Twp. Girl Through Roblox*, WXYZ Detroit (Sep. 24, 2020), https://www.wxyz.com/news/man-arrested-for-inappropriate-relationship-with-8-year-old-bloomfield-twp-girl-through-roblox.

[67] Jeff Bonty, *Man Charged With Soliciting Juvenile Through Roblox*, Daily Journal (Jul. 23, 2021), https://www.shawlocal.com/daily-journal/.

[68] Fox 5Atlanta Digital Team, *Clayton County Man Charged with Sex Trafficking, Rape of 13- year-old Girl He Met on Gaming App Roblox*, Fox5 (Mar. 2, 2022), https://www.fox5atlanta.com/news/clayton-county-man-charged-with-sex-trafficking-rape-of- kansas-girl.

[69] City of Fontana Police Department, *Internet Predator Arrested,* Facebook (Dec. 20, 2023), https://www.facebook.com/watch/?v=338311109095057.

[70] *Man Charged in Kidnapping of 11-year-old He Met Through Roblox from Her NJ Home: Police*, ABC7 (Oct. 21, 2023), https://abc7ny.com/roblox-kidnapping-new-jersey-online-grooming/13927383/.

[71] U.S. Dep't of Justice, New Jersey Man Sentenced to 15 Years in Federal Prison After Grooming Minor Online and Transporting Her Across State Lines Via Uber for Sex (Aug. 30, 2023), https://www.justice.gov/usao-sdin/pr/new-jersey-man-sentenced-15-years-federal-prison-after-grooming-minor-online-and.

[72] Grace Toohey, *Chilean Man Groomed 13-Year-Old Girl He Met on Roblox Before Flying to U.S. to Meet Her, Police Say*, L.A. Times (Aug. 22, 2024), https://www.latimes.com/california/story/2024-08-22/chilean-arrest-roblox-child-exploitation.

for directing a 10-year-old girl, whom he met on Roblox, to disrobe and touch herself.[73] A 64-year-old man admitted to posing as a 13-year-old boy on Roblox, where he met a 12-year-old girl and convinced her to send sexually explicit photos of herself and a young relative.[74] A 29-year- old Michigan befriended and groomed an 11-year-old girl on Roblox by posing as a teenager and then coerced the girl into sending multiple explicit photos of herself.[75] And a 24-year-old man raped a 10-year-old girl he had met on Roblox.[76]

95.    While most predators on Roblox lure children into their grasp by pretending to also be children, many predators do not even hide their intentions, roaming Roblox with usernames like "@Igruum_minors," "@RavpeTinyK1dsJE," and "@EarlBrianBradley"—a reference to one of the most prolific pedophiles ever, who raped and molested hundreds of children.



*Results from an account search for "earlbrianbradley."* [77]

[73] Ashley Harting, *Online Predator Who Targeted 10-Year-Old on Roblox Pleads Guilty in Butte County*, KRCR (Sep. 25, 2024), https://krcrtv.com/news/local/online-predator-who-targeted-10-year-old-on-roblox-pleads-guilty-in-butte-county.
[74] Travis Schlepp, *Man, 64, Admits to 'Catfishing' Girl on Roblox, Convincing Her to Send Explicit Images*, KTLA 5 (Jul. 26, 2024), https://ktla.com/california/man-64-admits-to- catfishing-girl-on-roblox-convincing-her-to-send-explicit-images/.
[75] Michael Martin, *Roblox Predator: School Staffer Accused of Grooming West Michigan Child for Illicit Photos*, Fox17 West Michigan (Jan. 16, 2025), https://www.fox17online.com/news/local-news/roblox-predator-school-staffer-accused-of- grooming-west-michigan-child-for-illicit-photos.
[76] Martin Robinson, Roblox Predator Who Raped 10-year-old Girl is Locked Up: Paedophile Who 'Targeted Child He Met on Gaming Platform Is Jailed for Six Years, Daily Mail (Jan. 17, 2025), https://www.dailymail.co.uk/news/article-14278563/Roblox-predator-raped-10-year-old-girl.html.
[77] Hindenburg Research, *supra* note 42.

96.    Roblox's systematic endangerment of children has been publicly condemned by leading advocacy organizations. The National Center on Sexual Exploitation ("NCSE") has consistently named Roblox to its "Dirty Dozen" list—an annual campaign exposing companies that facilitate, enable, or profit from sexual exploitation. The NCSE blasts Roblox for "treat[ing] child protection like a game."[78] According to the NCSE, "[u]ntil basic child protection standards are met, Roblox remains too high risk for kids."[79]

97.    Parent reviews of Roblox on sites like Common Sense Media also document disturbing incidents of naked avatars, sexting, simulated sexual assault, and adult predators.[80]

98.    The harm from this child abuse and exploitation extends beyond the initial victims. Through the design of its app and inadequate safeguards, Roblox has created an abusive ecosystem where former victims—children who were once exploited on Roblox—become teenage perpetrators who then prey upon younger users, making today's victims tomorrow's perpetrators. Indeed, researchers have repeatedly confirmed this victim-victimizer pipeline: when children are exposed to and victimized by sexual content, they are more likely to become desensitized teenagers and adults who then exploit younger users in the same ways.[81] In effect, Roblox contributes to this "raising of" predators who perpetuate the cycle of exploitation.

99.    The magnitude of the harm caused by Roblox is devastating. Yet rather than warn parents, Roblox minimizes these dangers through repeated misleading public statements. Roblox's Chief Safety Officer, Matt Kaufman, attempting to deflect attention from serious safety failures, told NPR, "I think we're losing sight of the tens of millions of people where Roblox is an incredibly

---

[78] National Center on Sexual Exploitation, *supra* note 58.
[79] Id.
[80] Common Sense Media, *Parent Reviews of Roblox*, https://www.commonsensemedia.org/website-reviews/roblox/user-reviews/adult (last visited Feb. 11, 2025).
[81] James RP Ogloff, Margaret C. Cutajar, Emily Mann & Paul Mullen, *Child Sexual Abuse and Subsequent Offending and Victimisation: A 45 Year Follow-Up Study*, Trends & Issues in Crime & Criminal Justice No. 440 (Jun. 2012), https://www.aic.gov.au/sites/default/files/2020-05/tandi440.pdf; M. Glasser et al., *Cycle of Child Sex Abuse: Links Between Being a Victim and Becoming a Perpetrator*, British J. Psychiatry (2001).

enriching part of their life."[82] And while Kaufman publicly claims that "any time anything happens to a child that puts them at risk is one too many,"[83] Roblox simultaneously admitted to investors that it was "unable to prevent all such [inappropriate] interactions from taking place."[84] This calculated contradiction between public messaging and private admissions—telling parents that even one incident is unacceptable while simultaneously acknowledging to investors that abuse is inevitable—exposes Roblox's strategy of prioritizing public relations through hollow and misleading public statements over its fundamental duty to protect children.

***Roblox Knowingly Causes and Facilitates the Sexual Exploitation of Children.***

100.    The reason that Roblox is overrun with harmful content and predators is simple: Roblox prioritizes user growth, revenue, and eventual profits over child safety. For years, Roblox has knowingly prioritized these numbers over the safety of children through the actions it has taken and decisions it has made to increase and monetize users regardless of the consequences.

**1. Roblox prioritizes growth over child safety.**

101.    From its inception, Roblox has focused on growth above all else, which has meant deliberately targeting, exploiting, and capitalizing on the underdeveloped child market, positioning itself as a place where kids can learn and play games in a safe environment. Recognizing that children have more free time, underdeveloped cognitive functioning, and diminished impulse control, Roblox has exploited their vulnerability to lure them to its app.

102.    Roblox's business model allowed the company to attract significant venture capital funding from big-name investors like Kleiner Perkins and Andreessen Horowitz, putting enormous pressure on the company to prioritize growing and monetizing its users. To do so, Roblox made deliberate decisions that placed children at risk. For example, while other products verified the ages of children and restricted access if a child fell below a certain age, Roblox welcomed and

---

[82] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.
[83] *Id.*
[84] Roblox Corp., S-1 (Securities Registration Statement) 24 (Nov. 19, 2020).

encouraged children of any age, implementing no age-verification safeguards and making signing up for an account extremely easy, which allowed even the youngest and most vulnerable to join.

103.    In 2021, riding the explosive growth in users generated by the pandemic and the pandemic-driven enthusiasm for technology stocks, Roblox went public at a valuation of $41 billion, which brought new pressures. To satisfy the scrutiny and demands of public market investors, Roblox, like many unprofitable companies, prioritized rapid growth in revenue and user engagement metrics—like new user acquisition, daily active users, and average hours spent on the app—on the theory that profitability would follow once the business achieved sufficient scale and operating costs decreased as a percentage of revenue.[85]

104.    In pursuit of growth, Roblox deprioritized safety measures even further so that it could report strong numbers to Wall Street. For instance, Roblox executives rejected employee proposals for parental approval requirements that would protect children on the platform.[86] Employees also reported feeling explicit pressure to avoid any changes that could reduce platform engagement, even when those changes would protect children from predators.[87]

105.    As one former Roblox employee explained, "You're supposed to make sure that your users are safe but then the downside is that, if you're limiting users' engagement, it's hurting our metrics. It's hurting the active users, the time spent on the platform, and in a lot of cases, the leadership doesn't want that."[88] That same employee added, "You have to make a decision, right? You can keep your players safe, but then it would be less of them on the platform. Or you just let them do what they want to do. And then the numbers all look good and investors will be happy."[89]

---

[85] After listing on the New York Stock Exchange, Roblox CEO David Baszucki told CNBC, "Roblox has been growing for 15 years …… That's a long-term growth path, and we believe that continues forward, even after Covid." Ari Levy & Jessica Bursztynsky, *Roblox Jumps to $38 Billion Mark Cap as Public Investors Get Their First Crack at the Popular Kids Game App*, CNBC (Mar. 10, 2021), https://www.cnbc.com/2021/03/10/roblox-rblx-starts-trading-at- 64point50-after-direct-listing.html. CFO Michael Guthrie added, "As [Covid] restrictions ease, we expect the rates of growth in 2021 will be well below the rates in 2020, however, we believe we will see absolute growth in most of our core metrics for the full year." *Id.*
[86] Hindenburg Research, *supra* note 42.
[87] *Id.*
[88] *Id.*
[89] *Id.*

106.    By limiting safety measures, Roblox not only increased its users but also reduced the company's safety expenses as a percentage of its revenue—a key metric for Wall Steet, which views trust and safety costs as detrimental to Roblox's stock performance. Barclays, for example, identified its "downside case" for Roblox's stock as "additional safety investments due to its younger demographic . . . becom[ing] a drag on [earnings] margins."[90] Barclays also wrote that it viewed increased safety costs as a "negative" in Roblox's quarterly earnings.[91]

107.    During earnings calls for investors, Roblox frequently addresses questions from analysts about how trust and safety expenditures will evolve over time. Roblox's answers reveal that the company is hyper-focused on reducing its trust and safety expenses as a percentage of its revenue, showing that the company is not investing as much proportionally in trust and safety as the company continues to grow and attract millions of additional users.

108.    For example, on Roblox's 2023 fourth quarter earnings call, an analyst praised the "really high level of efficiency" seen in the numbers for infrastructure and trust and safety expenditures and then asked how those figures would evolve over time.[92] In response, Mike Guthrie, Roblox's CFO, emphasized the company's goal of reducing expenses, stating, "cost to serve is the metric that we use and it's the metric that the [infrastructure] team owns . . . they're working hard to drive that down      [L]ike you said, it's about 11% now, ultimately with higher efficiency  we see that as a high-single-digit number over the next few years."[93] He added, "[W]e still think there's more to do there."[94]

109.    At other times, Guthrie has reassured investors stating, "look for trust and safety [costs] to scale below linear as we grow"[95] and that Roblox was "quite happy with" trust and safety costs growing "at a lower rate than our bookings growth."[96]

---

[90] Ross Sandler, Trevor Young & Alex Hughes, *Back on Track Following the 1H Hiccup*, Barclays (Aug. 1, 2024)

[91] Ross Sandler, Trevor Young & Alex Hughes, *Everything Accelerating, Safety & Security a Top Priority*, Barclays (Nov. 1, 2024)

[92] Q4 2023 Earnings Call (Feb. 7, 2024).

[93] *Id.* (emphasis added).

[94] *Id*.

[95] Q4 2022 Earnings Call (Feb. 15, 2023)

[96] Q3 2022 Earnings Cal (Nov. 8, 2023).

110.    Similarly, in the second quarter of 2024, CEO Baszucki highlighted that, "[i]mportantly, our infrastructure and trust and safety expenditures were 8% lower year-on-year."[97]

111.    One public, Roblox also decided to try to attract more adult users to its app—which it had historically touted as the "#1 gaming site for kids and teens."[98] With the market for underage users near saturation, Roblox shifted its growth strategy to attracting older users.

112.    In its public offering filings, Roblox identified "age demographic expansion" as a key strategy, explaining that it planned to develop experiences and content that appealed to older users.[99] For Roblox, "aging up" had benefits beyond user growth—it was also more profitable. Older users offered a distinct financial advantage. While children spend more hours on Roblox, they do not "monetize" as well because they are more constrained in their ability to spend. In contrast, older users, who "have more direct control over their spend" and "monetize better," are far more lucrative—an outcome that Roblox said it predicted when it started to target older users.[100]

113.    Roblox's executives repeatedly emphasized their strategy of "aging up" the app to attract older users. At the company's inaugural conference with an investment bank in September 2021, Roblox's CFO, Michael Guthrie, noted that Roblox had achieved "very good penetration of nine to twelve year-olds," and was focused on adding users over the age of 13.[101] One plan was to "improve the search algorithms such that older users were finding older content," or content tailored to their age-related demographic.[102]

114.    And at its annual Developer Conference, CEO David Baszucki encouraged developers to create experiences for older audiences, explaining that Roblox was rolling out features designed to appeal to older users, including use of real names, screen capture and sharing

[97] Q2 2024 Earnings Call (Aug. 1, 2024).
[98] Roblox, *What Is Roblox*, http://web.archive.org/web/20170227121323/https://www.roblox.com/ (archived Feb. 27, 2017).
[99] Roblox Corp., S-1 (Securities Registration Statement) 7 (Nov. 19, 2020).
[100] Q2 2022 Earnings Call (Aug. 10, 2022).
[101] Roblox at Goldman Sachs Communicopia Conference (Sep. 9, 2021), https://ir.roblox.com/events-and-presentations/events/event-details/2021/Goldman-Sachs-Communicopia/default.aspx.
[102] *Id*.

capabilities, video calls, and relaxed chat moderation.[103] These decisions, while framed as growth strategies, reflected Roblox's willingness to compromise safety, creating new vulnerabilities and more dangerous circumstances for children in its pursuit of a more profitable, older user base.

115.    Roblox executives consistently highlighted progress with the company's "aging up" strategy on every quarterly earnings call after this until the second quarter of 2023, when CEO Baszucki declared that Roblox had achieved its goal: "We're no longer talking about aging up. We are a platform for all ages."[104] He also revealed that developers had started to "build specific 17-plus experiences."[105] This progress was praised by Wall Street investment banks, who noted that aged-up experiences were a promising indicator of "potential sustainable growth tailwinds for Roblox," reinforcing the company's pivot toward maximizing profitability.[106]

116.    Despite Roblox's deliberate targeting of older users, it failed to implement any meaningful restrictions on contact between adult and child users or limit the mature content and experiences it solicited from developers to attract older audiences. When asked by an equity research analyst about aged-13-and-up experiences for older users, CEO Baszucki admitted, "I want to highlight right now that we don't have any only 13 and up experiences. We have 28% of the top thousand experiences having a majority of 13-plus [users] but those are still experiences that are open to all ages."[107] Similarly, despite urging developers to build experiences intended for users aged 17 and older, Roblox did not implement any access limitations for younger users.[108] Even investors recognized the connection between older users and the increased risks for children, questioning how Roblox planned to prevent inappropriate content from reaching younger users.[109]

117.    Not only did Roblox seek to increase adult users while knowing the risks that strategy posed to children, but it also sought to encourage relationships between users. At Roblox's 2023 Developers Conference, CEO Baszucki revealed Roblox's strategy to facilitate "real-life

---

[103] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023), https://www.youtube.com/watch?v=CwLThCghzA4.
[104] Q2 2023 Earnings Call (Aug. 9, 2023).
[105] Q2 2023 Earnings Call (Aug. 9, 2023).
[106] Benjamin Black et al., *Bookings Back on Track*, Deutsche Bank (Nov. 4, 2024).
[107] Q3 2021 Earnings Call (Nov. 9, 2021) (emphasis added).
[108] Q4 2022 Earnings Call (Feb. 15, 2023).
[109] Q3 2021 Earnings Call, *supra* note 107.

relationships" between users—i.e., dating. While he deliberately avoided the word "dating," he then announced plans to build a product to support it: "I'm not going to use the D word but subsequent[] real-life relationships is going to happen, okay? And we're going to build a platform to support that."[110]

118.    By the next year, in 2024, Baszucki explicitly acknowledged this strategy. He first acknowledged that online dating is "edgy" but then mocked his own safety team's concerns about the dangers—"the policy and safety team told me [dating and real-life relationships] isn't within our current policy right now"—to which the audience shared in laughter.[111]

119.    In short, for years, Roblox has deliberately sacrificed child protection—a longstanding issue for the company—in pursuit of growth and profit. This systematic subordination of child safety to business objectives reflects Roblox's continued choice to maximize its business goals while knowingly exposing children to preventable dangers on its app.

   **2. Roblox facilitates child sexual exploitation through the design of its app, inadequate safety features, and refusal to invest in basic safety protections.**

120.    Roblox's pursuit of growth and profit over child safety is reflected in numerous actions it took and decisions it made related to the design and safety of its app. Had Roblox acted differently, the harm suffered by countless children would not have occurred.

121.    Roblox designed its app so that anyone can easily communicate with children, creating a virtual world where predators can freely target and groom children. Until November 2024, adult strangers could "friend" and chat with children of any age via direct messages and chat with them in an experience through direct messages even if they were not friends. While Roblox offered some adjustable parental controls for users under the age of 13, these children could bypass those controls simply by creating an alternate account falsely identifying as a 13+-year-old user. By designing its app this way, Roblox stripped parents of basic protective options to prevent adult strangers from communicating with their children.

---

[110] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023), https://www.youtube.com/watch?v=CwLThCghzA4.
[111] Roblox Developers Conference 2024 Keynote (Sep. 6, 2024); https://www.youtube.com/watch?v=HwbcWc2CwnM.

122.     This practice contrasts sharply with other gaming products like Nintendo, which use preprogrammed dialogue options to tightly control user interactions.[112] By adopting a similar approach, Roblox could have significantly reduced—if not eliminated—the grooming and child abuse facilitated by its app because predators would not have been able to solicit any personal information or send any coercive or sexually suggestive messages.

123.     Roblox also enabled the common practice in which a predator meets and grooms a child on Roblox and then transitions that child to a messaging app—often Discord. Roblox allows links to Discord to be posted in game descriptions and in Roblox groups, which are user-created communities on Roblox. Indeed, Roblox's March 2022 Community Standards lists Discord as one of only a handful of external apps that users were allowed to link to: "When using Roblox, you may not link to any external websites or services, except for: YouTube, Facebook, Discord, Twitter, and Twitch."[113] Roblox could have prevented users from linking to Discord. In fact, the company previously did not allow its users to link to Discord because it could not "risk unfairly exposing underage users to platforms such as Discord."[114]

124.     Roblox also encourages users to communicate on Discord by allowing users to include their Discord usernames in their Roblox profiles.[115]

125.     This relationship created a shared ecosystem where users toggling between both apps benefited both companies. Even when the inappropriate conversations and solicitation of sexually explicit photos and videos occurred on Discord, Roblox profited when children were coerced with Robux into sending naked and other explicit photos or videos, while Discord benefited from getting more active users. Anything that keeps users engaged benefits both companies, and by fostering this interconnectivity, Roblox prioritized engagement and mutual profit over the safety of its users, enabling harmful behavior to flourish across both apps.

---

[112] Carville & D'Anastosio, *supra* note 7.
[113] Roblox, Roblox Community Standards (May 6, 2022).
[114] Roblox, Reminder Regarding Permissible Links (Nov. 2017), https://devforum.roblox.com/t/reminder-regarding-permissible-links/61736.
[115] YouTube, *How to Add Discord to Roblox Profile*, https://www.youtube.com/watch?v=tOd-W3kdm44.

126.    Roblox further endangered children by introducing voice calls in November 2023. Called "Roblox Connect," this virtual call feature allows users to have a conversation through their avatars in real time. Concerns were immediately raised about this feature. For example, one user emphasized, "This is a bad idea Roblox, and especially on your platform because this is where most predators are coming from, and it makes it way easier for predators to prey on children."[116]

127.    As Roblox contemplated and rolled out Roblox Connect, it knew that this feature would drastically increase the risk to children on its app. That is because another company had implemented a similar feature with disastrous consequences. Omegle was a chat website that operated from 2009 to 2023. Omegle allowed users, including children, to engage in anonymous chats with strangers. In March 2010, Omegle introduced a video-chat feature. Despite efforts to monitor for mature and sexual content, the website became infamous for exposing minors to explicit material, predators, and exploitation. Omegle's failure to protect users led to numerous incidents, including criminal cases involving child pornography. In November 2023, the same month Roblox launched Roblox Connect, Omegle announced that it would cease operations. In shutting down, its founder highlighted the site's misuse: "[T]here can be no honest accounting of Omegle without acknowledging that some people misused it, including to commit unspeakably heinous crimes."[117] And he thanked one survivor for "opening my eyes to the human cost of Omegle."[118] Nevertheless, Roblox introduced voice calls the same month that Omegle shut down.

128.    Roblox also refused to implement simple measures that would have protected children using its app. For example, despite having the ability to require basic identity verification, Roblox instead chose to allow users to create accounts without providing their name or email address—a policy that enables predators to easily create multiple anonymous accounts.

129.    Roblox could have also required children under 13 to provide their names and email addresses and obtain parental approval—a fundamental protection against predators—but refused to

---

[116] Josh Taylor, *Roblox Under Fire After Adding Controversial Voice Call Feature*, Dexerto (Nov. 15, 2023), https://www.dexerto.com/roblox/roblox-under-fire-after-adding-controversial-voice-call-feature-2384564/.

[117] Omegle, https://www.omegle.com/ (last visited Feb. 11, 2025).

[118] *Id*.

do so. This decision allowed the company to bypass certain protections that are mandated by federal law and designed to protect children. The Children's Online Privacy Protection Act ("COPPA") prohibits companies like Roblox from collecting, using, or disclosing the personal information of children under 13 without verifiable parental consent. COPPA was enacted because Congress recognized the heightened vulnerability of children on the internet. As the Federal Trade Commission ("FTC") noted, children under 13 lack the capacity to "understand fully the potential serious safety and privacy implications" of sharing their personal information.[119]

130.    The FTC has outlined clear and acceptable methods for obtaining verifiable parental consent. These include: (a) providing a form for parents to sign and return; (b) requiring the use of a credit card or online payment that notifies parents of each transaction; (c) connecting parents to trained personnel via video conference; (d) offering a staffed toll-free number for parental verification; (e) asking knowledge-based questions to confirm identity; or (f) verifying a parent's photo-ID by comparing it to a second photo using facial recognition technology.[120]

131.    Yet instead of implementing safeguards to comply with COPPA, Roblox chose to bypass these protections altogether. Roblox intentionally avoids requesting a name or email address during sign-up to sidestep the requirement of verifiable parental consent. In fact, former employees revealed that Roblox considered requiring verifiable consent, but ultimately resisted its implementation out of fear that such requirements might drive users away.[121] Consequently, creating a Roblox account is alarmingly easy, requiring less than sixty seconds and no meaningful oversight—a choice that prioritizes growth over the safety of its youngest users.[122]

---

[119] Federal Trade Commission, *Privacy Online: A Report to Congress* (1998), https://www.ftc.gov/sites/default/files/documents/reports/privacy-online-report-congress/priv-23a.pdf.
[120] Federal Trade Commission, *Complying with COPPA: Frequently Asked Questions*, July 2020, https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions.
[121] Hindenburg Research, *supra* note 42.
[122] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024), https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.

132.    Another easy-to-implement feature that would have improved safety is adding pop-up safety notices within chats and games to warn users about their behavior or the dangerous behavior of others. But Roblox executives also rejected this change.[123]

133.    Additionally, although Roblox knew that predators routinely operate dozens of Roblox accounts at the same time, the company chose not to implement basic blocking of digital identifiers—both the unique network addresses that track internet connections (Internet Protocol or IP addresses) and the permanent hardware identification numbers assigned to devices (Media Access Control or MAC addresses) that could prevent predators from creating multiple accounts.[124]

134.    Similarly, Roblox chose not to require adult users to verify phone numbers—which would create significant barriers to predators creating multiple accounts—despite knowing that this enables bad actors to easily create numerous anonymous accounts to target children.

135.    Roblox also opted not to require users to verify their age by uploading a picture of either their or their parents' ID, a practice that many other applications employ. Doing so would have restricted the content available to young users and prevented predators from easily mispresenting their age, which is often their approach in targeting and grooming children. As one father told the press after seeing other users solicit his avatar for sex, "There is nothing to stop adults going on there and pretending they're kids."[125]

136.    Despite these glaring failures, Roblox aggressively markets and promotes itself as an "industry leader" when it comes to child safety.[126] Central to this self-serving narrative is its "accomplishments" of investing in artificial intelligence ("AI") and machine learning systems

---

[123] Carville & D'Anastosio, *supra* note 7.
[124] *Id.*
[125] Carl Stroud, *Horrified Dad Found Sick Messages from Paedo Predator in His Eight-Year Old Son's Roblox iPad Game*, The Sun (Feb. 15, 2017), https://www.thesun.co.uk/news/2872376/horrified-dad-found-sick-messages-from-paedo- predator-in-his-eight-year-old-sons-roblox-ipad-game/.
[126] Q1 2021 Earnings Call (May 11, 2021).

1 | supposedly designed to scan and monitor all communications on the app and prevent the sharing of

2 | inappropriate content and personally identifiable information.[127]

3 | 137.    Yet this technology has proven grossly inadequate and insufficient to protect

4 | children. For example, Roblox's filters have inexplicable omissions. While Roblox blocks certain

5 | words, like "Snap" and "Snapchat," to supposedly prevent off-app communications, it allows

6 | workarounds such as the use of the ghost emoji (👻), which is widely recognized as a symbol for

7 | Snapchat, or alternative spellings, like "Snappy" or "apchat." Similarly, while the word "Discord"

8 | is blocked, users can bypass this filter by using the disc emoji (💿) or typing variations, like

9 | "iscord" or "cord."[128] That Roblox selectively blocks the words "Snap," "Snapchat," and "Discord"

10 | reveals that Roblox is fully aware of the dangers of off-app inappropriate communications yet

11 | chooses not to close these loopholes And while Roblox prevents users from sharing phone numbers

12 | in numerical format, it does nothing to stop users from spelling out the numbers.[129]

13 | 138.    Similarly, while Roblox attempts to block the word "condo," countless external

14 | groups on platforms like Reddit and Discord are dedicated to helping users locate new explicit

15 | content on Roblox. As soon as Roblox removes one game, its ineffective safeguards allow the same

16 | game to be reuploaded almost immediately from a new account, perpetuating the cycle of explicit

17 | and harmful content. External groups have capitalized on Roblox's weak moderation by guiding

18 | predators to these reuploaded games, with Fast Company easily identifying 150 Discord groups

19 | dedicated to exploiting Roblox's lack of robust enforcement.[130]

20 | 139.    Beyond Roblox's ineffective technology, the company also employs a woefully

21 | inadequate number of human moderators to analyze and manage content on its platform. With only

22 | about 3,000 moderators, Roblox pales in comparison to platforms like TikTok, which, despite

---

[127] Roblox, *Safety Features: Chat, Privacy & Filtering*,
https://web.archive.org/web/20240714130904/https://en.help.roblox.com/hc/en-us/articles/203313120-Safety-Features-Chat-Privacy-Filtering (archived Jul. 14, 2024).

[128] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024),
https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.

[129] *Id.*

[130] Burt Helm, Sex, Lies and Video Games: *Inside Roblox's War on Porn*, Fast Company (Aug. 19, 2020), https://www.fastcompany.com/90539906/sex-lies-and-video-games-inside-roblox-war- on-porn.

having only three times the number of users, employs more than ten times the number of moderators at 40,000.[131] Roblox attempts to justify this disparity by claiming "[y]ou really can't judge the quality of these moderation systems by the number of people."[132] But the reality tells a different story. Roblox's moderators, many of them overseas contractors, report being overwhelmed by an unmanageable volume of child safety reports, making it impossible to address all concerns effectively and leaving countless safety issues unresolved.[133]

140. Even the safety data that Roblox touts is flawed and only underscores the growing dangers created by the company's app. For example, Roblox proudly points to its low percentage of reports to the National Center for Missing and Exploited Children ("NCMEC") – the leading U.S. nonprofit organization tasked with preventing child exploitation and assisting in the recovery of missing children. Roblox claims that it accounts for less than .04% of reports made to NCMEC.[134] But this data is entirely self-reported and therefore depends on Roblox's ineffective content moderation and safety team. This self-reported data to NCMEC—flawed and limited as it is—also reveals a disturbing trend: Roblox's reports about suspected child sexual exploitation have surged over the years, from 675 reports in 2019 to 13,316 reports in 2023.[135]

141. Roblox also boasts that just "0.0063% of [its] total content was flagged for violating" policies. But Roblox itself controls the systems responsible for identifying and flagging violative content.[136] These lower percentages are thus a reflection not of safety but of Roblox's

---

[131] Carville & D'Anastosio, *supra* note 7.
[132] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.
[133] Carville & D'Anastosio, *supra* note 7.
[134] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024), https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.
[135] National Center for Missing & Exploited Children, *2019 CyberTipline Reports by Electronic Services Providers (ESP)*, https://www.missingkids.org/content/dam/missingkids/pdfs/2019-reports-by-esp.pdf; *see also* National Center for Missing & Exploited Children, 2023 CyberTipline Reports by Electronic Services Providers (ESP), https://www.missingkids.org/content/dam/missingkids/pdfs/2023-reports-by-esp.pdf.
[136] Vikki Blake, *Roblox Reported Over 13,000 Incidents to the National Center for Missing and Exploited Children in 2023*, GamesIndustry.biz (Jul. 23, 2024),

ability to minimize the appearance of problems through its own inadequate reporting and enforcement mechanisms. By hiding behind self-serving metrics and refusing to take meaningful action, Roblox has fostered an environment where children are subjected to irreparable harm while the company continues to reap financial rewards.

142.    And the very existence of Roblox's trust and safety "data" on inappropriate communications to train its AI systems contradicts its claim that "one is too many" when it comes to the sexual exploitation of children. This data exists only because countless instances of abuse, exploitation, and predatory interactions have already occurred. Roblox's reliance on this data to train its AI systems exposes the reality that its so-called safety measures are not designed to prevent these atrocities but to react to them after the damage has been done. Instead of creating a secure environment where such harm never occurs and ensuring that such interactions never happen in the first place, Roblox uses the suffering and trauma of children as the foundation for its trust and safety systems. This cycle underscores the company's prioritization of optics over genuine protection, leaving its youngest users at the mercy of its neglect.

143.    Roblox's own developers even admit that Roblox is unsafe for children.[137] Online forum discussion posts are replete with developers writing that they would not allow their own children to use the platform, citing pervasive issues with Roblox's child safety policies. Many of these posts highlight the platform's systemic failures and suggest straightforward changes Roblox could implement to create a safer environment but has consistently ignored—for example:

> a.  "Unfortunately, it is worse now due to Roblox's moderation being so abysmal and Roblox being a far more widespread platform. Creeps flock aplenty when before the creep: kid ratio was much much lower. Roblox has no interest in actually fixing the issues so long as the bad press doesn't end up viral."[138]

---

https://www.gamesindustry.biz/roblox-reported-over-13000-incidents-to-the-national-center-for-missing-and-exploited-children-in-2023.
[137] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.
[138] *Id*.

b. "No. Roblox is not safe for children. The amount of NSFW [Not Safe for Work] I see on this platform on a daily basis is unbelievable. I'm surprised COPPA hasn't taken any action."[139]

c. "I believe they need to automatically rate these games for older audiences, if not, you know, removing them entirely. I could keep going on about this issue, but it's just beating a dead horse at this point."[140]

d. "Roblox got banned for bad moderation; Turkey banned it to 'protect children,' and they are not wrong. The amount of visits from 10 of these games is, in summary, 100 million+. I don't want to know how many of these children have seen nudity or even developed a p*rn addiction. But that is a big problem with Roblox doing almost nothing to prevent it."[141]

144.    These statements, coming from individuals familiar with Roblox's operations, paint a picture of an environment rife with neglect, where harmful content flourishes, predators thrive, and Roblox repeatedly fails to act—even in the face of widespread and urgent warnings.

### 3. Roblox's recent safety changes are woefully inadequate and fail to address years of neglect and harm caused by its app.

145.    After years of mounting pressure, Roblox recently announced changes to its child safety features. These changes were prompted not by the years of police reports and widespread media coverage but by a scathing report published by a well-known short seller accusing the platform of being a "pedophile hellscape for kids."[142] Released on October 8, 2024, the report sparked public outrage, detailing many of the issues described above that Roblox had long ignored.

146.    A little more than a month later, Roblox announced a series of changes, including permanently removing the ability to message others outside of games on its app for under 13-year-

---

[139] *Id.*
[140] *Id.*
[141] *Id.*
[142] Hindenburg Research, *supra* note 42.

old users;[143] giving parents a separate dashboard where they can monitor a child's Roblox account, view the child's friend list, set spending control, and manage screen time;[144] preventing games from using chalkboard writings where people could get around the censoring of communications;[145] and implementing restrictions to stop under 13-year-old users from accessing new Roblox games that are awaiting maturity ratings.[146]

147.    These changes could all have been implemented years ago. None of them involve any new or groundbreaking technology. Roblox only moved forward when its stock was threatened.

148.    And these changes are little more than window dressing—too little, too late, and woefully inadequate. Most fundamentally, Roblox *still allows* adults to contact and message children. Roblox only banned user-to-user messaging for users under the age of 13 *outside of games*. Predators can still message children on public chats while playing games; indeed, Roblox has left child predators' blueprint for finding children on the application intact since predators have always found children by playing games they know that children will frequent. Roblox also failed to address core issues like the app's lack of age verification and refusal to require parental consent to make an account. Roblox did not commit to hiring more content moderators, nor did it implement any sort of identity check to prevent registered sex offenders from making accounts.

149.    Just as Roblox rolled out these changes, it simultaneously introduced a new "Parties" feature in an attempt to counteract any potential loss in user engagement.[147] Because Roblox knew that users often turned to other apps like Discord to communicate while playing video games and because Roblox knew that its safety changes would reduce key user engagement metrics, it sought to capture that traffic (and revenue) and replace any loss of engagement with the Parties feature.

---

[143] *Roblox Tightens Messaging Rules for Under-13 Users Amid Abuse Concerns*, Reuters (Nov. 18, 2024), https://www.reuters.com/technology/roblox-tightens-messaging-rules-under-13-users- amid-abuse-concerns-2024-11-18/.

[144] Robert Booth, *Roblox to Give Parents More Control Over Children's Activity After Warnings Over Grooming*, The Guardian, (Nov. 18, 2024), https://www.theguardian.com/technology/2024/nov/18/roblox-to-hand-parents-more-control-over-their-childrens-activity.

[145] *Id.*

[146] *Id.*

[147] Rebecca Ruiz, *Roblox's New Party Feature Makes Discord Obsolete*, Mashable (Dec. 2, 2024), https://mashable.com/article/roblox-party-discord.

While the Parties feature is currently available only for users aged 13 and older, such limitations are hollow without robust age verification. And the fact that Roblox has stated that it is exploring making such a feature available to younger users demonstrates that, far from prioritizing safety, Roblox's real focus is protecting its bottom-line.[148]

150.    Roblox has also engaged in a deceptive public relations campaign using ostensibly independent online safety organizations to influence the narrative around these changes. For instance, Roblox has leveraged its ties to groups like the Family Online Safety Institute ("FOSI"). An online parenting magazine favorably quoted Stephen Balkam, FOSI's CEO, as endorsing Roblox's new features as a win for child safety.[149] What the article omitted, however, is that Roblox's own Vice President of Civility and Partnerships, Tami Bhaumik, serves as FOSI's board chair—an obvious conflict of interest.[150] This calculated relationship exposes how Roblox manipulates public perception by using seemingly independent safety organizations as mouthpieces to shape the narrative in its favor.



*Stephen Balkam's LinkedIn post revealing his connection to Roblox in a post praising Roblox's changes.* [151]

---

[148] *Id.*
[149] Anna Halkidis, *What Roblox's Latest Changes Mean for Your Kids' Online Safety*, Parents (Nov. 18, 2024), https://www.parents.com/roblox-new-parental-controls-8747405.
[150] *FOSI Welcomes Roblox Vice President as New Board Chair*, FOSI (Oct. 12, 2022), https://www.fosi.org/about-press/fosi-welcomes-roblox-vice-president-as-new-board-chair.
[151] LinkedIn, Stephen Balkam's Post, https://www.linkedin.com/posts/stephenbalkam_what-robloxs-latest-changes-mean-for-your-activity-7264409332950220801-WCDF (last visited Jan. 6, 2025).

## PLAINTIFF-SPECIFIC ALLEGATIONS

151.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

152.    Plaintiff is a 13-year-old boy, who was an avid Roblox user when he was 13 years old. Plaintiff was traumatically groomed and exploited by a predator through **DEFENDANT's** dangerous app, which enabled and facilitated abuse and grooming. As a result of **DEFENDANT's** reckless disregard for child safety, Plaintiff suffered devastating psychological and physical trauma. Their life will never be the same.

153.    When Plaintiff was 13 years old, he asked his parents if he could create a Roblox account because they wanted to play games on Roblox. Before agreeing, Plaintiff's parents diligently researched Roblox to determine if it was safe for children to play.

154.    Plaintiff's and his parents' first impression was that Roblox appeared to be designed for children. The company's website showed innocent-looking colorful avatars playing games for children. Unbeknownst to them at the time, this was nothing more than a false façade of safety.

155.    Plaintiff would spend hours a day playing in various experiences on the Roblox app. Plaintiff and his parents did not know what Roblox knew: that Roblox was not screening any users before allowing them onto the platform and instead was knowingly facilitating the ability for known predators to interact with millions of kids.

156.    By this time, Roblox had long been aware – from countless police reports and incidents reported in the media – that its app was widely used by predators to target, groom, and sexually assault children. Roblox specifically knew from numerous tragic events that occurred in the real world that predators target and manipulate children on its app by lying about their age. Yet rather than warn parents or take other measures to protect children from harm, Roblox continued with its deceptive campaign to portray the app as safe for children and to conceal information that it knew about the pervasive predatory conduct that its app enabled and facilitated. Had Plaintiff's parents known the truth about Roblox and its business practices, they would never have permitted Plaintiff to use the app.

157.    Based on these false, misleading, and dangerously inadequate assurances from Roblox, Plaintiff's parents were misled into believing that Roblox was a safe app for Plaintiff to use and therefore allowed Plaintiff to use Roblox. They trusted Roblox's deceptive representations that it used state-of-the-art technology and other safety measures to ensure that Plaintiff would be safe on its app. In reality, Roblox deliberately misled parents while knowing its platform facilitated predatory behavior.

158.    In July 2025, Plaintiff's parents made a devastating discovery, learning that Plaintiff had been groomed by, and been in an online relationship with, a predator. The predator engaged in a pattern of calculated grooming behavior that Roblox had known about and enabled for years through its deliberate failures to modify the design or otherwise provide any meaningful safeguards to protect children on the app. The predator and Plaintiff initially engaged in innocent conversations on the platform but the predator eventually coerced Plaintiff into an online relationship. Specifically, the predator convinced Plaintiff to interact on a different game wherein they acted out sexual acts, and the predator sent inappropriate sexual pictures.

159.    Upon information and belief, the predator who first began messaging, and later started calling Plaintiff, is believed to be an adult who was using a voice altering device to sound younger. Roblox did no background check and allowed all users to create an account with whatever information they wanted to use even if it was deceptive. Roblox intentionally designed the platform that way and intentionally chose not to screen any potential users. Roblox also intentionally designed the platform to allow users to chat with each other in experiences, including over voice chat, by default. On information and belief, Roblox's chat review technology does not restrict voice chats in real time. Because of Roblox's failure to implement basic age and identity verifications or any screening process before admitting users to the platform, the predator was able to target and engage with Plaintiff as just another user on Roblox. Had Roblox implemented even the most basic system of screening or age and identity verification, Plaintiff would never had interacted with the predator and suffered the harm he did.

160.    Soon after Plaintiff was groomed and mentally and emotionally abused as a result of **DEFENDANT's** defectively designed app, Plaintiff suffered from insomnia and became severely depressed and introverted.

161.    As a result of the events described above, Plaintiff has suffered, and continues to suffer, life-altering psychological and emotional injuries, including severe mental anguish and pain, loss of enjoyment of life, and addiction-like withdraws. Plaintiff has endured, and continues to endure, humiliation, shame, constant and paralyzing fear, and a profound loss of trust, safety, and innocence. Plaintiff continues to grapple with insomnia, depression, and seclusion.

## CAUSES OF ACTION

### First Cause of Action: Fraudulent Concealment and Misrepresentation

**(By Plaintiff Against Defendant Roblox)**

162.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

163.    **DEFENDANT** Roblox, at all relevant times, have marketed and advertised the Products at issue herein throughout the United States, including in California, for personal use by end-users/consumers of all ages, including minors, and specifically Plaintiff herein.

164.    As set forth in more detail above, **DEFENDANT** knew about the defective conditions of its app and the app posed serious safety risks to child users.

165.    **DEFENDANT** was under a duty to tell the public the truth and to disclose the defective conditions of its app and that the app posed serious safety risks to child users.

166.    **DEFENDANT** breached its duty to the public, users, and their parents by concealing, failing to disclose, and/or making misstatements about the serious safety risks presented by its app. Even though **DEFENDANT** knew of those risks based on **DEFENDANT's** internal reviews, external studies known to **DEFENDANT**, and parent and police reports made to **DEFENDANT**, they intentionally concealed those risks to not lose users and revenue, and to induce parents to allow their children to use **DEFENDANT's** apps.

167.   **DEFENDANT** Roblox made numerous material representations in 2019 downplaying any potential harm associated with its app and reassuring the public, users, and parents, including Plaintiff's parents, that its app was safe, including but not limited to:

    a.   We protect our players' safety by proactively filtering inappropriate content and acting against anyone who is in violation of our Rules of Conduct;

    b.   All uploaded images, videos, and audio files are pre-reviewed by moderators before being allowed on our site;

    c.   Our global moderation team is online around the clock addressing any incoming concerns as reported by players;

    d.   Roblox offers parental controls that allow for a selection of chat options (no chat, chat with friends, chat with everyone), account age visibility (13+ or <13), an account PIN code feature, and an Account Restrictions setting that only allows children under 13 to access a curated list of age-appropriate games offered;

    e.   Roblox is dedicated to building a safe, family-friendly environment to help protect younger players from seeing inappropriate content online;

    f.   We are dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all people to imagine, create, and play online;

    g.   We continually develop new and innovative technologies to ensure the Roblox platform remains a safe and fun space for players all over the world; and

    h.   Roblox uses a combination of chat filters, both human and software moderation, to proactively remove inappropriate content from the platform.

168.   **DEFENDANT** Roblox's representations regarding the safety of its app were false, and Roblox knew that its representations about the safety of its app were false when the statements were made.

169.   **DEFENDANT** Roblox's representations regarding the safety of its app were false, and Roblox knew that its representations about the safety of its app were false when the statements were made.

170.   By intentionally making numerous material representations, downplaying any potential harm associated with its app, and reassuring the public, users, and parents, including Plaintiff's fathers, that its app was safe, **DEFENDANT** Roblox fraudulently misled the public, users, and their parents, including Plaintiff's father, into believing its app was safe for children to use.

171.   **DEFENDANT** Roblox intended for the public, users, and their parents, including Plaintiff's parents, to rely on its representations about the safety of its app.

172.   The public, users, and their parents, including Plaintiff's parents, reasonably relied on the representations made by **DEFENDANT** Roblox about the safety of its app for use by children.

173.   **DEFENDANT** intentionally failed to disclose the serious safety risks posed by the design of its app to the public, users, and their parents, including Plaintiff's parents. Such risks were known only to **DEFENDANT** through its internal reviews and external studies known to **DEFENDANT**, as well as parent and police reporting to **DEFENDANT**, and the public, users, and their parents, including Plaintiff's parents, could not have discovered such serious safety risks.

174.   The **public,** users, and their parents, including Plaintiff's parents, did not know of the serious safety risks posed by the design of **DEFENDANT's** app, which was were known by **DEFENDANT**.

175.   By intentionally concealing and failing to disclose defects inherent in the design of their app, **DEFENDANT** knowingly and recklessly misled the public, users, and their parents, including Plaintiff's parents, into believing its app was safe for children to use.

176.   **DEFENDANT** knew that its concealment, misstatements, and/or omissions were material. A reasonable person, including Plaintiff's parents, would find information about the risk of grooming, sexual abuse, sexual exploitation, and other serious risks associated with the use of **DEFENDANT's** app, to be important when deciding whether to allow children to use them.

177.   **DEFENDANT** intended to deceive the public, users, and their parents, including Plaintiff's parents, by concealing the defects in the design of its app, which made the app unsafe.

178.    As a direct and proximate result of **DEFENDANT's** material omissions, misrepresentations, and/or concealment of material information, Plaintiff's parents were not aware and could not have been aware of the facts that **DEFENDANT** concealed or misstated, and therefore justifiably and reasonably believed that **DEFENDANT's** app was safe for children to use.

179.    If the serious safety risks presented by the design of **DEFENDANT's** app had been disclosed, the public, users, and their parents, including Plaintiff's parents, reasonably would have acted differently and/or would have not permitted children to use the apps.

180.    As a direct and proximate result of **DEFENDANT's** omissions, misrepresentations, and/or concealment of material information, Plaintiff sustained serious injuries and harm.

181.    **DEFENDANT's** concealment and Plaintiff's parents' reliance on **DEFENDANT** Roblox's representations about the safety of its app were substantial factors in causing harm to Plaintiff.

182.    **DEFENDANT's** conduct, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish **DEFENDANT** and deter others from like conduct.

183.    WHEREFORE, Plaintiff prays for judgment against the **DEFENDANT** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## Second Cause of Action: Negligent Misrepresentation

### (By Plaintiff Against Defendant Roblox)

184.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

185.    As set forth in more detail above, **DEFENDANT** Roblox knew about the defective conditions of its app and that the app posed serious safety risks to child users.

186.    **DEFENDANT** Roblox was under a duty to tell the public the truth and to disclose the defective conditions of its app and that the app posed serious safety risks to child users.

187.    **DEFENDANT** Roblox breached its duty to the public, users, and parents of minor users by concealing, failing to disclose, and making misstatements about the serious safety risks presented by its app. Even though **DEFENDANT** Roblox knew of those risks based on **DEFENDANT** Roblox's internal reviews, external studies known to **DEFENDANT** Roblox, and parent and police reports made to Roblox, it intentionally concealed those risks to not lose users and revenue, and to induce parents to allow their children to use its app.

188.    **DEFENDANT** Roblox negligently made numerous material representations in 2019 downplaying any potential harm associated with its app and reassuring the public, users, and parents, including Plaintiff's parents, that its app was safe, including but not limited to:

   a.    We protect our players' safety by proactively filtering inappropriate content and acting against anyone who is in violation of our Rules of Conduct;

   b.    All uploaded images, videos, and audio files are pre-reviewed by moderators before being allowed on the site;

   c.    Our global moderation team is online around the clock addressing any incoming concerns as reported by players;

   d.    Roblox offers parental controls that allow for a selection of chat options (no chat, chat with friends, chat with everyone), account age visibility (13+ or <13), an account PIN code feature, and an Account Restrictions setting that only allows children under 13 to access a curated list of age-appropriate games are offered;

   e.    Roblox is dedicated to building a safe, family-friendly environment to help protect younger players from seeing inappropriate content online;

   f.    We are dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all people to imagine, create, and play online;

   g.    We continually develop new and innovative technologies to ensure the Roblox platform remains a safe and fun space for players all over the world; and

   h.    Roblox uses a combination of chat filters, both human and software moderation, to proactively remove inappropriate content from the platform.

189.    **DEFENDANT** Roblox's representations that its app was safe for use by children was not true.

190.    **DEFENDANT** Roblox had no reasonable grounds for believing its representations that its app was safe for use by children were true.

191.    By concealing and failing to disclose or failing to take reasonable care to disclose the defects, **DEFENDANT** Roblox negligently misled the public, users, and their parents, including Plaintiff's parents, into believing its app was safe for children.

192.    By making numerous material misrepresentations downplaying any potential harm associated with its app and reassuring the public, users, and their parents, including Plaintiff's parents, that its app was safe, **DEFENDANT** Roblox negligently misled the public, users, and their parents, including Plaintiff's father, into believing its app was safe for children to use.

193.    As a direct and proximate result of **DEFENDANT** Roblox's material omissions, misrepresentations, and concealment of material information, Plaintiff sustained serious injuries and harm.

194.    **DEFENDANT** Roblox's conduct, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish them and deter others from like conduct.

195.    WHEREFORE, Plaintiff prays judgment against **DEFENDANT** Roblox for compensatory and punitive damages, together with interest, costs of suit, attorney's fees, and all such other relief as the Court deems proper.

### **Third Cause of Action: Negligence – General**

### **(By Plaintiff Against Defendant Roblox)**

196.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

197.    At all times material hereto, the **DEFENDANT** developed, set up, managed, maintained, operated, marketed, advertised, promoted, supervised, controlled, and benefited from its app used by Plaintiff.

198.    **DEFENDANT** owed Plaintiff a duty to exercise reasonable care in the development, setup, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its app and not to create an unreasonable risk of harm from and in the use of its app (including an unreasonable risk of grooming, sexual abuse, and sexual exploitation, and other associated physical or mental injuries); to protect Plaintiff from unreasonable risk of injury from and in the use of its app; and not to invite, encourage, or facilitate youth, such as Plaintiff, to foreseeably engage in dangerous or risky behavior through, on, or as a reasonably foreseeable result of using its app. These duties govern **DEFENDANT's** own specific actions and are based on direct actions **DEFENDANT** took in developing their apps and features.

199.    In addition, **DEFENDANT** owed a special relationship duty to Plaintiff to protect him against harm caused by its app and employees or by other users. This special relationship duty is based on the following:

a.  As businesses, **DEFENDANT** owes a duty to protect customers against reasonably foreseeable criminal acts of third parties and other dangers known to **DEFENDANT** on its apps;

b.  Plaintiff, as a minor, was vulnerable and dependent on **DEFENDANT** for a safe environment on its apps, and **DEFENDANT** has superior ability and control to provide that safety with respect to activities that they sponsor or control;

c.  Plaintiff relied upon **DEFENDANT** for protection against third-party misuse or misconduct;

d.  The special relationship Plaintiff had with **DEFENDANT** substantially benefits **DEFENDANT** through profits and growth in users and user activity. **DEFENDANT** could not successfully operate without the growth in users and user activity generated by children;

e.   **DEFENDANT** was far more to Plaintiff than a business. **DEFENDANT** provided Plaintiff with opportunities for social interaction and a discrete community of other users. Plaintiff was dependent on **DEFENDANT** to provide structure, guidance, and a safe environment;

f.   **DEFENDANT** has superior control over their app environments and the ability to protect its users. **DEFENDANT** imposes a variety of rules and restrictions to supposedly maintain a safe and orderly environment. **DEFENDANT** employs internal staff to enforce these rules and restrictions and can monitor and discipline users when necessary. **DEFENDANT** has the power to influence Plaintiff's values, consciousness, relationships, and behaviors; and

g.   **DEFENDANT** has voluntarily undertaken a responsibility to keep children safe on their apps. As alleged above, **DEFENDANT** has publicly stated that they take steps to keep children safe on their apps and therefore have undertaken a duty to act reasonably in taking such steps.

200.   Plaintiff was a foreseeable user of **DEFENDANT's** app.

201.   **DEFENDANT** knew that minors such as Plaintiff would use its app.

202.   **DEFENDANT** invited, solicited, encouraged, or reasonably should have foreseen the fact, extent, and manner of Plaintiff's use of its app.

203.   **DEFENDANT** knew or, by the exercise of reasonable care, should have known, that the reasonably foreseeable use of its app (as developed, set up, managed, maintained, supervised, and operated by that) was dangerous, harmful, and injurious when used by youth such as Plaintiff in a reasonably foreseeable manner.

204.   At all relevant times, each **DEFENDANT** knew or, by the exercise of reasonable care, should have known, that ordinary child users of its app, such as Plaintiff, would not have realized the potential risks and dangers of using the app, including a risk of grooming, sexual abuse, and sexual exploitation, which foreseeably can lead to a cascade of negative effects, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment

issues, identify confusion, and profound mental health issues for young consumers including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, eating disorders, death, and other harmful effects.

205.    **DEFENDANT's** conduct was closely connected to Plaintiff's injuries, which were highly certain to occur, as evidenced by the significance of Plaintiff's injuries.

206.    **DEFENDANT** could have avoided Plaintiff's injuries with minimal cost, including, for example, by not including certain features in its respective app which harmed Plaintiff.

207.    Imposing a duty on **DEFENDANT** would benefit the community at large.

208.    Imposing a duty on **DEFENDANT** would not be burdensome to them because they have the technological and financial means to avoid the risks of harm to Plaintiff.

209.    **DEFENDANT** owed a heightened duty of care to youth users of its app because children's brains are not fully developed, meaning young people are more neurologically vulnerable than adults to abusive contact facilitated by **DEFENDANT's** app because they have a hard time distinguishing between patterns of genuine friendship and grooming relationships.

210.    **DEFENDANT** breached its duty of care owed to Plaintiff through its affirmative malfeasance, actions, business decisions, and policies in the development, set up, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its respective app. These breaches are based on **DEFENDANT's** own actions in managing its own apps made available to the public, independent of any actions taken by a third party. Those breaches include but are not limited to:

      a. Including features in their apps that, as described above, are currently structured and operated in a manner that unreasonably creates or increases the foreseeable risk of grooming, sexual abuse, and sexual exploitation to youth, including Plaintiff;

      b. Including features in their apps that, as described above, are currently structured and operated in a manner that unreasonably creates or increases the foreseeable risk of harm to the physical and mental health and well-being of youth users, including Plaintiff, including, but not limited to physical injury, damage to self-

worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, eating disorders, death, and other harmful effects;

c.  Maintaining unreasonably dangerous features in their apps after notice that such features, as structured and operated, posed a foreseeable risk of harm to the physical and mental health and well-being of young users; and

d.  Facilitating unsupervised and/or hidden use of their respective apps by youth, including by adopting protocols that allow youth users to change their safety settings or parental controls, and create multiple and private accounts.

211.  **DEFENDANT** breached its duties of care owed to Plaintiff through its nonfeasance, failure to act, and omissions in the development, setup, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its respective app. These breaches are based on **DEFENDANT's** own actions in managing their own app made available to the public, independent of any actions taken by a third party. Those breaches include but are not limited to:

a.  Failing to implement effective parental controls;

b.  Failing to implement effective parental notifications, such as when a child messages another user, particularly an adult user, or when a child interacts with accounts that have been blocked by other users or suspended in the past;

c.  Failing to require adults users to provide a phone number when signing up for an account;

d.  Failing to implement pop-up safety notices within chats and games to warn users about inappropriate behavior;

e.  Failing to ban IP and MAC addresses of accounts associated with known abusers;

f.  Failing to set default safety settings to the most protective options;

g.  Having an open chat function;

h. Failing to provide a transcript of a child's communications to the parent;

i. Failing to implement reasonably available means to monitor for, report, and prevent the use of their app by sexual predators to victimize, abuse and exploit youth users;

j. Filing to provide effective mechanisms for youth users and their parents/guardians to report abuse or misuse of their apps;

k. Failing to implement effective protocols to verify ages and identity of all users; and

l. Others as set forth herein.

212. A reasonable company under the same or similar circumstances as **DEFENDANT** would have developed, set up, managed, maintained, supervised, and operated its app in a manner that is safer for and more protective of youth users like Plaintiff.

213. At all relevant times, Plaintiff used each **DEFENDANT's** app in the manner in which it was intended to be used.

214. As a direct and proximate result of **DEFENDANT's** breach of one or more of its duties, Plaintiff was harmed. Such harms include the sexual and emotional exploitation of Plaintiff by a child predator and a cascade of resulting negative effects, including but not limited to damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues such as depression, anxiety and other harmful effects.

215. **DEFENDANT's** breach of one or more of its duties was a substantial factor in causing harms and injuries to Plaintiff.

216. The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent form using **DEFENDANT's** app.

217. **DEFENDANT's** conduct, as described above, was intentional fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of their conduct, including to the health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish the **DEFENDANT's** and deter others from like conduct.

218.    WHEREFORE, Plaintiff prays for judgment against the **DEFENDANT's** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### Fourth Cause of Action: Negligence – Failure to Warn

### (Plaintiff Against  Roblox)

219.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

220.    At all relevant times, **DEFENDANT** designed, developed, managed, operated, tested, produced labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefited from its app used by Plaintiff.

221.    Plaintiff was a foreseeable user of **DEFENDANT's** app.

222.    **DEFENDANT** knew, or by the exercise of reasonable care, should have known, that use of its app was dangerous, harmful, and injurious when used in a reasonably foreseeable manner by minors.

223.    **DEFENDANT** knew, or by the exercise of reasonable care, should have known, that ordinary minor users, such as Plaintiff, would not have realized the potential risks and dangers of its app, including a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death and other harmful effects.

224.    Had Plaintiff received proper or adequate warnings about the risks of **DEFENDANT's** app, Plaintiff would have heeded such warnings.

225.    **DEFENDANT** knew or, by the exercise of reasonable care, should have known that its app posed risks of harm to youth. These risks were known and knowable in light of **DEFENDANT's** own internal data and knowledge regarding their app at the time of development, design, marketing, promotion, advertising, and distribution to Plaintiff.

226.    Because **DEFENDANT's** conduct created the risk that child users of their app would be subject to grooming, sexual abuse, and sexual exploitation, **DEFENDANT** owed a duty to all reasonably foreseeable users, including but not limited to minor users and their parents, to provide adequate warning about the risk of using **DEFENDANT's** app that were known to **DEFENDANT**, or that **DEFENDANT** should have known through the exercise of reasonable care.

227.    In addition, as described above, **DEFENDANT** owed a special relationship duty to Plaintiff to protect her against harm caused by its app and employees or by other users.

228.    **DEFENDANT** owed a heightened duty of care to minor users and their parents to warn about its app's risks because children's brains are not fully developed, resulting in a diminished capacity to make responsible decisions regarding contact with strangers online. Children are also more neurologically vulnerable than adults to abusive contact facilitated by **DEFENDANT's** app because they have a hard time distinguishing between patterns of genuine friendship and grooming relationships.

229.    **DEFENDANT** breached its duty by failing to use reasonable care in providing adequate warnings to Plaintiff, such as failing to notify parents and the general public of the following, among others:

    a.    **DEFENDANTS** fail to require that children have parental approval before signing up for an account;

    b.    New users of **DEFENDANT's** app can identify themselves as minors, begin to use the app, and do so indefinitely, without every receiving a safety warning, and without ever having to provide information so that **DEFENDANT** can warn the users' parents or guardians;

    c.    **DEFENDANT's** app's default safety settings allow adults and other strangers' accounts to find, "friend", and communicate with children's accounts;

    d.    **DEFENDANT's** parental control settings allowed children to modify their own parental control settings;

    e.    **DEFENDANT's** platform recommends that adult users and other strangers "friend" and contract child accounts;

f.   **DEFENDANT** failed to block the IP and MAC addresses of known abusers;

g.   Adult predators use **DEFENDANT's** app to target children for sexual exploitation, sextortion, and CSAM;

h.   **DEFENDANT's** app enables and increases the risk of exposure to predators and can result in grooming, sexual abuse, and sexual exploitation, as well as their resultant physical and mental injuries.

i.   Sexual predators use Robux to coerce children into sending them nude photos or engaging in other types of sexually explicit behavior;

j.   Usage of **DEFENDANT's** app can increase risky and uninhibited behavior in children, making them easier targets to adult predators for sexual exploitation, sextortion, and CSAM;

k.   Usage of **DEFENDANT's** app can normalize abuse and pornography, leading children to abuse other children either contemporaneously or later when the children are older;

l.   The likelihood and severity of harm is greater for children;

m.   The likelihood and intensity of these harmful effects is exacerbated by the interaction of the app's features with one another;

n.   **DEFENDANT** fails to verify ages, allowing adult predators to pose as children on its app; and

o.   Others as set forth herein.

230.   A reasonable company under the same or similar circumstances as **DEFENDANT** would have used reasonable care to provide adequate warnings to consumers, including the parents of minor users, as described herein.

231.   At all relevant times, **DEFENDANT** could have provided adequate warnings to prevent the harms and injuries described herein.

232.   As a direct and proximate result of **DEFENDANT's** breach of its duty to provide adequate warnings, Plaintiff was harmed and sustained the injuries set forth herein.

**DEFENDANT's** failure to provide adequate and sufficient warnings was a substantial factor in causing the harms to Plaintiff.

233.    As a direct and proximate result of **DEFENDANT's** failure to warn, Plaintiff requires and/or will require more healthcare and services and did incur medical, health, incidental, and related expenses.

234.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using **DEFENDANT's** app.

235.    The conduct of **DEFENDANT**, as described above, was intentional fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish each **DEFENDANT** and deter others from like conduct.

236.    WHEREFORE, Plaintiff prays for judgment against the **DEFENDANT** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### Fifth Cause of Action: Negligence – Unreasonable Design

### (By Plaintiff Against Defendant Roblox)

237.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here (excepting those pertaining exclusively to negligence).

238.    At all relevant times, **DEFENDANT** designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefited from its respective app used by Plaintiff.

239.    **DEFENDANT** knew or, by the exercise of reasonable care, should have known, that its app was dangerous, harmful, and injurious when used by youth in a reasonably foreseeable manner.

240.    **DEFENDANT** knew or, by the exercise of reasonable care, should have known that its respective app posed risks of harm to youth. These risks were known and knowable in light of

1  **DEFENDANT's** own internal data and knowledge regarding their apps at the time of the apps'

2  development, design, marketing, promotion, advertising, and distribution to Plaintiff.

3  241.   **DEFENDANT** knew, or by the exercise of reasonable care, should have known that

4  ordinary minor consumers such as Plaintiff would not have realized the potential risks and dangers

5  of its app. Those risks include grooming, sexual abuse, and sexual exploitation, which can lead to a

6  cascade of negative effects, including but not limited to physical injury, damage to self-worth,

7  stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility

8  to future sexual exploitation, attachment issues, identity confusion, and profound mental health

9  issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-

10  harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

11  242.   **DEFENDANT** owed a duty to all reasonably foreseeable users to design a safe app.

12  243.   **DEFENDANT** owed a heightened duty of care to minor users of its app because

13  children's brains are not fully developed, resulting in a diminished capacity to make responsible

14  decisions regarding contact with strangers online. Children are also more neurologically vulnerable

15  than adults to abusive contact facilitated by **DEFENDANT's** app because they have a hard time

16  distinguishing between patterns of genuine friendship and grooming relationships.

17  244.   Plaintiff was a foreseeable user of **DEFENDANT's** app.

18  245.   **DEFENDANT** knew that minors such as Plaintiff would use its app.

19  246.   **DEFENDANT** breached its duty in designing its app.

20  247.   **DEFENDANT** breached its duty by failing to use reasonable care in the design of its

21  app by negligently designing the app with features that specifically allow predators to find, groom,

22  exploit, and abuse children, as described herein.

23  248.   **DEFENDANT** breached its duty by designing an app that was less safe to use than

24  an ordinary consumer would expect when used in an intended and reasonably foreseeable manner.

25  249.   **DEFENDANT** breached its duty by failing to use reasonable care in the design of its

26  app by negligently designing its app with features as described above that created or increased the

27  risk of grooming, sexual abuse, and sexual exploitation for children, which can lead to a cascade of

28  negative effects, including but not limited to physical injury, damage to self-worth, stigma and

social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identify confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

250.    **DEFENDANT** breached its respective duty by failing to use reasonable care to use cost-effective, reasonably feasible alternative designs, including changes to the harmful features, and other safety measures, to minimize the harms described herein, including but not limited to:

    a.   Requiring children have parental approval and a parent's email address to sign up for an account;

    b.   Effective parental controls;

    c.   Effective parental notifications, including notifying parents any time a child messages another user, particularly an adult user, or notifying parents when children interact with accounts that have been blocked by other users or suspended in the past, among other controls;

    d.   Setting default safety settings to the most protective options, including blocking direct messaging between child and adult users, or only allowing messaging between adult users and a child with parent's explicit permission to message the adult user;

    e.   Requiring adults to provide a phone number when signing up for an account;

    f.   Pop-up safety notices within chats and games to warn users about inappropriate behavior;

    g.   Preventing strangers from sending Robux to child accounts, and preventing children from sending Robux to strangers' accounts

    h.   Banning IP and MAC addresses of accounts associated with known abusers'

    i.   Controlled chat option;

    j.   Providing a transcript of a child's communication to the parent;

k.  Implementing reporting protocols to allow users or visitors of **DEFENDANT's** apps to report CSAM and adult predator accounts specifically without the need to create or log in to the apps prior to reporting;

l.  Robust age verification; and

m.  Others as set forth herein.

251.  Alternative designs that would reduce the dangerous features of **DEFENDANT's** respective apps were available, would have served effectively the same purpose as **DEFENDANT's** defectively designed apps, and would have reduced the gravity and severity of danger **DEFENDANT's** app posed minor Plaintiff.

252.  A reasonable company under the same or similar circumstances as **DEFENDANT** would have designed a safer app.

253.  At all relevant times, Plaintiff used **DEFENDANT's** app in the manner in which it was intended by each **DEFENDANT** to be used.

254.  As a direct and proximate result of **DEFENDANT's** breached duties, Plaintiff was harmed. **DEFENDANT's** design of its app was a substantial factor in causing Plaintiff's harms and injuries.

255.  The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using **DEFENDANT's** app.

256.  The conduct of **DEFENDANT**, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish **DEFENDANT** and deter others from like conduct.

257.  WHEREFORE, Plaintiff prays for judgement against each **DEFENDANT** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### Sixth Cause of Action: Negligent Undertaking

### (By Plaintiff Against Defendant Roblox)

258.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

259.    **DEFENDANT** rendered parental control services and account safety services to Plaintiff's parents.

260.    **DEFENDANT** knew, or reasonably should have known, that effective parental control and account safety services were necessary for the protection of minor users.

261.    **DEFENDANT's** conduct was closely connected to Plaintiff's injuries, which were highly certain to occur, as evidenced by the significance of Plaintiff's injuries.

262.    Each **DEFENDANT** could have avoided Plaintiff's injuries with minimal cost, including, for example, by implementing parental control and account safety services that were effective and that would prevent child users from being contacted by adult accounts or strangers' accounts generally.

263.    Imposing a duty on **DEFENDANT** would benefit the community at large.

264.    Imposing a duty on **DEFENDANT** would not be burdensome to them because they have the technological and financial means to avoid the risks of harm to children.

265.    **DEFENDANT** owed a heightened duty of care to minor users and their parents to implement parental control and account safety services that were effective and that would prevent child users form being contacted by adult accounts or strangers' accounts generally.

266.    Plaintiff's parents relied on **DEFENDANT** exercising reasonable care in undertaking to render parental control and account safety services.

267.    **DEFENDANT** breached its duty of undertaking by failing to use reasonable care in rendering its parental control and account safety services to prevent child users from being contacted by adult accounts or strangers'' accounts generally.

268.    Each **DEFENDANT** failed to exercise reasonable care in rendering these parental control and account safety services.

269.    **DEFENDANT's** failure to exercise reasonable care increased the risk of, and was a substantial factor in causing harm to Plaintiff.

270.    Plaintiff was harmed by her parents' reliance on **DEFENDANT** to provide effective parental control and account safety services.

271.    **DEFENDANT's** breach of one or more of its duties was a substantial factor in causing harms and injuries to Plaintiff.

272.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using **DEFENDANT's** app.

273.    The conduct of **DEFENDANT**, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish **DEFENDANT** and deter others from like conduct.

274.    WHEREFORE, Plaintiff prays judgment against the **DEFENDANT** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### **Seventh Cause of Action – Strict Liability – Design Defect**

### **(By Plaintiff Against Defendant Roblox)**

275.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

276.    At all relevant times, **DEFENDANT** designed, developed, managed, operated, tested, produced, labeled marketed, advertised, controlled, sold, supplied, distributed, and benefitted from its product used by Plaintiff.

277.    These products were designed, manufactured, maintained, controlled, and distributed from the California headquarters of **DEFENDANT**.

278.    **DEFENDANT's** product was designed and intended to be a gaming and/or communication product. The software and architecture of the product is the same for every user that logs on or signs up for an account. This product is uniformly defective and poses the same danger to each minor user.

279.    **DEFANDANT's** product is distributed and sold to the public through retail channels (e.g. the Apple App "Store" and the Google Play "Store").

280.    **DEFANDANT's** product is marketed and advertised to the public for the personal use of the end-user/consumer.

281.    **DEFENDANT** defectively designed its product to allow children to come into contact with child predators. Children are particularly unable to appreciate the risks posed by the products.

282.    The defects in the design of **DEFANDANT's** product existed prior to the release of these products to Plaintiff and the public, and there was no substantial change to **DEFENDANT's** products between the time of their upload by **DEFENDANT** to public or retail channels (e.g., the App Store or Google Play) and the time of their distribution to Plaintiff via download or URL access.

283.    Plaintiff used these products as intended, and **DEFENDANT** knew, or by the exercise of reasonable care, should have known that Plaintiff would use these products without inspection for its dangerous nature.

284.    **DEFENDANT** defectively designed its product to appeal to adult predators by making it easy to find children and enabled their contact, grooming, sexual exploitation, and sexual abuse of children, including Plaintiff.

285.    **DEFENDANT** failed to test the safety of the features it developed and implemented for use on its product. When **DEFENDANT** did perform some product testing and had knowledge of ongoing harm, it failed to adequately remedy its product's defects or warn Plaintiff.

286.    **DEFENDANT's** product is defective in design and poses a substantial likelihood of harm for the reasons set forth herein, because the product fails to meet the safety expectations of ordinary consumers when used in an intended or reasonably foreseeable manner, and because the products are less safe than an ordinary consumer would expect when used in such a manner. Children and teenagers are among the ordinary consumers of **DEFENDANT's** products. Indeed, **DEFENDANT** markets, promotes, and advertises its product to pre-teen and young consumers. Pre-teen and young consumers and their parents and guardians, do not expect **DEFENDANT's**

1  product to expose them to predators when the products are used in their intended manner by their

2  intended audience. They do not expect the features embedded by **DEFENDANT** in its product to

3  make it easy for child predators to sign-up for accounts and find children, groom children, and

4  sexually exploit children. They do not expect **DEFENDANT's** revenue and profits to be directly

5  tied to predators' extortion of children.

6      287.   **DEFENDANT's** product is likewise defective designed in that it creates an inherent

7  risk of danger; specifically, a risk of grooming, sexual abuse, and sexual exploitation, which can

8  lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to

9  self-worth, stigma and social isolation, reduce academic performance, increased risky behavior,

10  susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound

11  mental health issues for young consumers, including but not limited to depression, anxiety, suicidal

12  ideation, self-harm, post-traumatic stress disorder, insomnia, death and other harmful effects.

13      288.   The risks inherent in the design of **DEFENDANT's** product significantly outweigh

14  any benefits of such design.

15      289.   **DEFENDANT** could have utilized cost-effective, reasonably feasible alternative

16  designs, including changes to the problematic features described above, to minimize the harms

17  described herein, including, but not limited to:

18          a.  Requiring children have parental approval and a parent's email address to sign up

19             for an account;

20          b.  Effective parental controls;

21          c.  Effective parental notifications, including notifying parents any time a child

22             messages another user, particularly an adult user, or notifying parents when

23             children interact with accounts that have been blocked by other users or suspended

24             in the past, among other controls;

25          d.  Setting default safety settings to the most protective options, including blocking

26             direct messaging between child and adult users, or only allowing messaging

27             between adult users and a child with the parent's explicit permission to message

28             the adult user;

1        e.  Requiring adults to provide a phone number when signing up for an account;

2        f.  Pop-up safety notices within chats and games to warn users about inappropriate

3          behavior;

4        g.  Preventing strangers from sending Robux to child accounts, and preventing

5          children from sending Robux to strangers' accounts;

6        h.  Banning IP and MAC addresses of accounts associated with known abusers;

7        i.  Controlled chat option;

8        j.  Providing a transcript of a child's communications to the parent;

9        k.  Implementing reporting protocols to allow users or visitors of **DEFENDANT's**

10          product to report child sex abuse material and adult predator accounts specifically

11          without the need to create or log in to the products prior to reporting;

12        l.  Robust age and identify verification; and

13        m.  Others as set forth herein.

14      290.   Alternative designs were available that would prevent child predators from finding, grooming, and exploiting children, and which would have served effectively the same purpose of **DEFENDANT's** product while reducing the gravity and severity of danger posed by those product's defects.

18      291.   Plaintiff used **DEFENDANT's** product as intended or in reasonably foreseeable ways.

20      292.   The physical, emotional, and economic injuries of Plaintiff were reasonably foreseeable to **DEFENDANT** at the time of its product's development, design, advertising, marketing, promotion and distribution.

23      293.   **DEFENDANT's** product was defective and unreasonably dangerous when it left **DEFENDANT's** possession and control. The defects continued to exist through the product's distribution to and use by consumes, including Plaintiff, who used the product without any substantial change in the product's condition.

27      294.   As a manufacturer, designer, and seller, **DEFENDANT** had a duty to inform themselves with the best knowledge of the risks and the defects of its product and **DEFENDANT**

had such knowledge. Their victims, including Plaintiff, were powerless to protect themselves against unknown harms, and **DEFENDANT** should bear the cost of their injuries.

295.    Plaintiff was injured as a direct and proximate result of **DEFENDANT's** respective defective designs as described herein. The defective design of the product used by Plaintiff was a substantial factor in causing harms to Plaintiff.

296.    As a direct and proximate result of **DEFENDANT's** product's defective design, Plaintiff suffered serious and dangerous injuries.

297.    As a direct and proximate result of **DEFENDANT's** product's defective design, Plaintiff requires and/or will require more healthcare and services and did incur medical, health, incidental, and related expenses.

298.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using **DEFENDANT's** products.

299.    The conduct of **DEFENDANT**, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish **DEFENDANT** and deter others from like conduct.

300.    WHEREFORE, Plaintiff prays judgment against the **DEFENDANT** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### **Eighth Cause of Action – Strict Liability – Failure to Warn**

### **(By Plaintiff Against Defendant Roblox)**

301.    Plaintiff realleges and reincorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

302.    At all relevant times, **DEFENDANT** designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold supplied, distributed, and benefitted from its produced used by Plaintiff.

303.    This product was designed, manufactured, maintained, controlled and distributed from the California headquarters of **DEFENDANT**.

304.    **DEFENDANT's** product was designed and intended to be a gaming and/or communication product. The software and architecture of each product is the same for every user that logs on or signs up for an account. The product is uniformly effective and poses the same danger to each minor user.

305.    **DEFENDANT's** product is distributed and sold to the public through retail channels (e.g., the Apple App "Store" and Google Play "Store").

306.    **DEFENDANT** sold and distributed its product to Plaintiff in a defective and unreasonably dangerous condition by failing to adequately warn about the risk of harm to youth as described herein, including a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

307.    **DEFENDANT** was in the best position to know the dangers its products posed to consumers, including Plaintiff, as it had superior knowledge of the risks and dangers posed by its products and had exclusive knowledge of these risks at the time of development, design, marketing, promotion, advertising, and distribution. **DEFENDANT** had exclusive control of its products at all times relevant to this litigation.

308.    **DEFENDANT's** product is dangerous, to an extent beyond that contemplated by the ordinary user who used **DEFENDANT's** product, because they enable predators to find, groom, abuse, and exploit children.

309.    **DEFENDANT** knew or, by the exercise of reasonable care, should have known that its product posed risks of harm to youth considering its own internal data and knowledge regarding its product at the time of development, design, marketing, promotion, advertising, and distribution.

310.    These risks were known and knowable in light of **DEFENDANT's** own internal data and knowledge regarding its product at the time of the product's development, design, marketing, promotion, advertising, and distribution to Plaintiff.

311.    **DEFENDANT's** product is defective and unreasonably dangerous because, among other reasons described herein, **DEFENDANT** failed to exercise reasonable care to inform users that, among other things:

    a.   Sexual predators use **DEFENDANT's** product to find, contact, groom, and abuse children with alarming frequency;

    b.   Sexual predators use **DEFENDANT's** product to solicit, produce, and distribute CSAM with alarming frequency;

    c.   Sexual predators target young children for CSAM on **DEFENDANT's** product with alarming frequency;

    d.   Sexual predators use Robux to coerce children into sending them nude photos or engaging in other types of sexually explicit behavior;

    e.   **DEFENDANT's** product is designed in a way that enables and increases risk of exposure to predators and resulting sexual exploitation;

    f.   **DEFENDANT's** product causes grooming, sexual abuse, and sexual exploitation, and its resultant physical and mental injuries;

    g.   Use of **DEFENDANT's** products can increase risky and uninhibited behavior in children, making them easier targets to adult predators for sexual exploitation, sextortion, and CSAM;

    h.   Use of **DEFENDANT's** product can normalize abuse and pornography, leading children to abuse other children either contemporaneously or later when the children are older;

    i.   New users of **DEFENDANT's** product can identify themselves as minors, begin to use the product, and do so indefinitely, without ever receiving a safety warning, and without ever having to provide information so that **DEFENDANT** can warn the users' parents or guardians;

j.    The likelihood and severity of harms is greater for children;

k.    The likelihood and intensity of these harmful effects is exacerbated by the interaction of the product's features;

l.    Others as set forth herein.

312.    Plaintiff was a foreseeable user of **DEFENDANT's** product.

313.    Ordinary minor users would not have recognized the potential risks of **DEFENDANT's** products when used in a manner reasonably foreseeable to **DEFENDANT**.

314.    Had Plaintiff received proper or adequate warnings or instructions as to the risks of using **DEFENDANT's** product, Plaintiff would have heeded the warnings and/or followed the instructions.

315.    **DEFENDANT's** failures to adequately warn Plaintiff about the risks of using its defective product was a proximate cause and a substantial factor in the injuries sustained by Plaintiff.

316.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using **DEFENDANT's** products.

317.    The conduct of **DEFENDANT**, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish **DEFENDANT** and deter others from like conduct.

318.    WHEREFORE, Plaintiff prays for judgment against the **DEFENDANT** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## **DEMAND FOR JURY TRIAL**

319.    Plaintiff hereby demands a trial by jury as to all of their claims so triable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgement against **DEFENDANTS** for the above-referenced claims and causes of action, and as follows:

1.  Past, present, and future general damages, the exact amount of which has yet to be ascertained, in an amount which will confirm to proof at time of trial, to compensate Plaintiff for injuries sustained as a result of the use of **DEFENDANTS's** product, including but not limited to physical pain and suffering, mental anguish, loss of enjoyment of life, emotional distress, and expenses for medical treatments;

2.  Past, present, and future economic and special damages, according to proof at the time of trial;

3.  Medical expenses, past and future, according to proof at the time of trial;

4.  Punitive or exemplary damages according to proof at the time of trial;

5.  Attorneys' fees;

6.  For costs of suit incurred herein;

7.  Pre-judgement and post-judgement interest as provided by law;

8.  For non-monetary injunctive relief; and

9.  For such other and further relief, whether at law or in equity, to which this Court deems just and proper.

Date: November 20, 2025                Respectfully submitted,

                                       **HILLIARD LAW**

                                       By: /s/ *Christopher Pinedo*

                                       **Christopher Pinedo (SBN 237245)**
                                       HILLIARD LAW
                                       719 S. Shoreline Blvd.
                                       Corpus Christi, TX 78401
                                       Telephone: (361) 882-1612
                                       Facsimile: (361) 882-3015
                                       Email: cpinedo@hilliard-law.com

                                       /s/ *Robert C. Hilliard*
                                       Robert C. Hilliard*
                                       bobh@hilliard-law.com
                                       Bonnie Rickert*
                                       brickert@hilliard-law.com

76

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Benjamin R. O'Connor*
boconnor@hilliard-law.com
Jakub Banaszak*
jbanaszak@hilliard-law.com
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

*Attorneys for Plaintiff,
JANE DOE J.N., as Parent and Guardian
and on behalf of minor plaintiff, JOHN
DOE D.H.*

*Pro Hac Vice* motions forthcoming

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL