UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE J.N., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>    Defendant. | Case No. 25-cv-10020-PHK<br><br>**ORDER DENYING PRO HAC VICE APPLICATIONS**<br><br>Re: Dkts. 10, 11, 12 |

The pro hac vice ("PHV") applications of Attorneys Robert Hilliard, Bonnie Rickert, and Benjamin O'Connor are **DENIED WITHOUT PREJUDICE** for failing to comply with Civil Local Rule 11-3(a)(3). That rule requires an applicant to certify "[t]hat an attorney, identified by name and office address, who is a member of the bar of this Court in good standing and who *maintains an office within the State of California*, is designated as co-counsel." L.R. 11-3(a)(3) (emphasis added).

Here, all three applicants for admission PHV designate Christopher Pinedo as local co-counsel. While Mr. Pinedo is a member of the bar of this Court in good standing, he does not appear to maintain an office within the State of California. Mr. Pinedo's address of record on all three PHV applications as well as on his California Bar attorney profile is listed as 719 S. Shoreline Boulevard, Corpus Christi, *Texas*.

Accordingly, the three PHV applications [Dkts. 10, 11, 12] are **DENIED WITHOUT PREJUDICE**. Should new or amended PHV applications for these applicants be filed in this case, any already-paid (and not already refunded) application fee does not need to be paid again.

1  **IT IS SO ORDERED.**

2  Dated: December 3, 2025

3

4  _____

5  PETER H. KANG
   United States Magistrate Judge